②

AO 440 (Rev. 10/93) Summons in a Civil Action    CA B-00-173

## RETURN OF SERVICE

| | DATE 11/6/2000 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Eddie Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where: Highway 77 at F.M. Road 802 Brownsville, TX 78520

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

☐ Other (specify):

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/6/2000
Date    10:00 Pm

Signature of Server

Address of Server
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

Michael N. Milby, Clerk of Court
NOV 0 6 2000
United States District Court
Southern District of Texas
RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.