ORIGINAL

CAB-00-173 ③

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/6/2000 |
| NAME OF SERVER (PRINT) Eddie Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where _Highway 77 at F.M. Road 802 Brownsville, Tx 78520_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

☐ Returned _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

NOV 06 2000

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/2000    _[signature]_
              Date        Signature of Server

10:00 AM

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313
956-
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Michael N. Milby, Clerk of Court

NOV 06 2000
RECEIVED
United States District Court
Southern District of Texas

K C Plater