5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _O. H. Aldape_

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, § <br> ALICIA CESPEDES MADRAZO, § <br> DAVID & JUDITH CLEMENCE, § <br> ELISA P. DeSIUN aka ELISA P. CHAIX, § <br> SANDRA MADARIA, RONALD L. MANN, § <br> HECTOR ELIZONDO NAJERA, § <br> MARY PEABODY, § <br> WALTER E. PLITT, III, § <br> ADOLFO PUMAJERO, § <br> JEAN & H. REED SMITH, § <br> MARIA ESTHER SOTO, § <br> JORGE & BERTHA SUSTAETA, § <br> JUAN & MARIA DEL CARMEN CUADRA, § <br> PAUL & ROSALYN CHILTON, § <br> JAMES & LORRAINE DEWAR, § <br> CARLOS J. FLORES, § <br> HUMBERTO RUIZ GARZA, § <br> ANKJAER JANSEN, § <br> FOREST & ANN JOSTROM, § <br> JOHN S. LIGHT, ROBERT LIGHT, § <br> JOAQUIN & ANDELIA B. de MADERO, § <br> NORMAN & ELAINE MEISSNER, § <br> CHRISTOPHER L. PHILLIPE, § <br> ILA VIRGINIA PHILLIPPE, § <br> MONICA K. PIER, CHARLES & § <br> JESSIE RADLIFF, PETE DE LA ROSA, III, § <br> PATRICIA SMITH-WILLIS, § <br> HARRY O. WHITE, JR. and § <br> ALLEN & RUTH WOLFE § <br> § <br> VS. § <br> § <br> KEN PLASTERER and NANCY JEANETTE § <br> BAILEY, Each Individually, and LOS § <br> CAMPEONES, INC., Individually and dba § <br> VALLEY INN & COUNTRY CLUB § | CAUSE NO. B-00-173 |

**ORDER SETTING HEARING ON DEFENDANTS' MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS**

7

IT IS ORDERED that a hearing on DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES AND PLAINTIFFS' FAILURE TO STATE A CLAIM in the above-entitled and numbered cause is hereby set for oral hearing at __1:30__ a.m./p.m. on the __18TH__ day of __JANUARY__, 200_1_, in the U.S. District Court for the Southern District of Texas, Brownsville, Division.

SIGNED this __29TH__ day of __NOVEMBER__, 2000.

_____
JUDGE PRESIDING

8