AO 440 (Rev. 10/93) Summons in a Civil Action

B-00-173

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  11-09-00 |
| NAME OF SERVER (PRINT)  GARRY W. DEAVER | TITLE  DEPUTY |

United States District Court
Southern District of Texas
FILED

DEC 1 1 2000

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were   Louise Bailey — Mother

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-09-00
              Date

Signature of Server: Garry Deaver, Deputy

Served By
William C. Simon, Sheriff

Address of Server:
Sheriff Dept
Marlboro County
Bennetsville, S.C. 29512

United States District Court
Southern District of Texas
RECEIVED
DEC 1 1 2000
Michael N. Milby, Clerk of Court

B-00-173

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.