8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. § § § | |
| VS. § § | CIVIL ACTION NO. B-00-173 |
| KEN PLASTERER, ET AL. § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 19, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 19, 2000

TO:     MR. CHRISTOPHER LEE PHILLIPPE
        MR. WILLIAM A. FAULK, JR.