# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DEC 2 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-173 |
| | § | |
| KEN PLASTERER, ET AL | § | |

TYPE OF CASE:        __X__  CIVIL                          ____  CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES & PLAINTIFFS' FAILURE TO STATE A CLAIM, AND**

**ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 18, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     December 21, 2000

TO:     MR. CHRISTOPHER LEE PHILLIPPE
        MR. WILLIAM A. FAULK, JR.