*14*

United States District Court
Southern District of Texas
FILED

JAN 1 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES
& PLAINTIFFS' FAILURE TO STATE A CLAIM
AND ALL PENDING MOTIONS

CIVIL ACTION NO. B-00-173          DATE & TIME: 01-18-01 AT 1:30 P.M.

ROBERT & GWENDOLYN BROOKS,         PLAINTIFF(S) CHRISTOPHER PHILLIPPE
ET AL.                             COUNSEL

VS.

KEN PLASTERER, ET AL.              DEFENDANT(S) WILLIAM FAULK, JR.
                                   COUNSEL

-------------------------------------------------------------------------------

   Setting was passed at the request of Mr. Phillippe. Mr. Phillippe will confer with other attorneys to set a new date for the conference.

ClibPDF - www.fastio.com