

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 16 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, | § |
| ALICIA CESPEDES MADRAZO, | § |
| DAVID & JUDITH CLEMENCE, | § |
| ELISA P. DeSIUN aka ELISA P. CHAIX, | § |
| SANDRA MADARIA, RONALD L. MANN, | § |
| HECTOR ELIZONDO NAJERA, | § |
| MARY PEABODY, | § |
| WALTER E. PLITT, III, | § |
| ADOLFO PUMAJERO, | § |
| JEAN & H. REED SMITH, | § |
| MARIA ESTHER SOTO, | § |
| JORGE & BERTHA SUSTAETA, | § |
| JUAN & MARIA DEL CARMEN CUADRA, | § |
| PAUL & ROSALYN CHILTON, | §    CAUSE NO. B-00-173 |
| JAMES & LORRAINE DEWAR, | § |
| CARLOS J. FLORES, | § |
| HUMBERTO RUIZ GARZA, | § |
| ANKJAER JANSEN, | § |
| FOREST & ANN JOSTROM, | § |
| JOHN S. LIGHT, ROBERT LIGHT, | § |
| JOAQUIN & ANDELIA B. de MADERO, | § |
| NORMAN & ELAINE MEISSNER, | § |
| CHRISTOPHER L. PHILLIPPE, | § |
| ILA VIRGINIA PHILLIPPE, | § |
| MONICA K. PIER, CHARLES & | § |
| JESSIE RADLIFF, PETE DE LA ROSA, III, | § |
| PATRICIA SMITH-WILLIS, | § |
| HARRY O. WHITE, JR. and | § |
| ALLEN & RUTH WOLFE | § |
| | § |
| VS. | § |
| | § |
| KEN PLASTERER and NANCY JEANETTE | § |
| BAILEY, Each Individually, and LOS | § |
| CAMPEONES, INC., Individually and dba | § |
| VALLEY INN & COUNTRY CLUB | § |

**DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AS BARRED BY THE DOCTRINE OF RES JUDICATA, COLLATERAL ESTOPPEL AND/OR JUDICIAL ESTOPPEL**

TO THE HONORABLE JUDGE OF SAID COURT:

1

Defendants file this Motion to Dismiss for failure to state a claim upon which relief can be granted, as authorized by Federal Rule of Civil Procedure and 12(b)(6), because certain Plaintiffs are barred from presenting this lawsuit pursuant to the doctrine of Res Judicata, Collateral Estoppel and/or Judicial Estoppel.

## A. Introduction

1. Robert and Gwendolyn Brooks, et al, are Plaintiffs. Ken Plasterer and Nancy Jeanette Bailey, each individually, and Los Campeones, Inc., for itself and d/b/a Valley Inn and Country Club are Defendants.

2. Plaintiffs sued Defendants for violations of the Racketeer Influenced and Corrupt Organizations Act, for a Civil Rights Violation Under the Constitution of the United States pursuant to Title 42 U.S.C. sec. 1983, for common law fraud and deceit, for breach of fiduciary duty and for trespass and damage to property.

## B. Failure to State a Claim

3. In their Complaint, certain Plaintiffs including Robert Brooks, Walter Plitt, Ankjaer Jenson, Maria Esther Soto, Patricia Smith Willis and Christopher L. Phillippe, did not state a claim for which relief can be granted because they are estopped from presenting this lawsuit pursuant to the doctrine of Res Judicata, Collateral Estoppel and/or Judicial Estoppel. Therefore, the Court should dismiss all matters with respect to the above mentioned Plaintiffs. The Court has authority to dismiss a suit for failure to state a claim upon which relief can be granted if the complaint demonstrates, beyond doubt, that Plaintiffs cannot prove any set of facts that would entitle it to relief. *Garrett v. Commonwealth Mortg. Corp. of America*, 938 F.2d 591 (5th Cir. 1991).

4. In the Complaint, Plaintiffs allege several causes of action which challenge Los Campeones, Inc.'s, authorization to collect membership dues and maintenance fees under the

2

Restrictive Covenants.  In the past certain Plaintiffs have engaged in litigation over the validity of

the Restrictive Covenants, however those Plaintiffs never challenged Los Campeones' authority to

collect dues and maintenance fees.  In addition, Plaintiffs may have taken a position or made a

declaration which is contrary to the Complaint they now file before this Court.  Accordingly, those

Plaintiffs are estopped from proceeding with this Complaint under the Doctrine of Res Judicata,

Collateral Estoppel and/or Judicial Estoppel.

5.  Within the general doctrine of res judicata, there are two principal categories: "(1) claim

preclusion (also known as res judicata); and (2) issue preclusion (also known as collateral estoppel).

Res Judicata prevents the re-litigation of a claim or cause of action that has been finally adjudicated,

as well as related matters that with the use of diligence, should have been litigated in the prior

lawsuit.  Collateral Estoppel prevents re-litigation of particular issues already resolved in a prior

suit. " *Barr v. Resolution Trust Corp. ex rel. Sunbelt Federal Sav.,* 837 S.W. 2d 627, 628 (Tex.

1992).  Defendants assert that Plaintiffs' Complaint involves related matters which should have been

litigated in the prior lawsuits.  "The scope of res judicata is not limited to the matter actually

litigated; the judgment in the first suit precludes a second action by the parties and their privies not

only on matters actually litigated, but also on causes of action or defenses which arise out of the

same subject matter and which might have been litigated in the first suit." *Id.* at 630.  Therefore

certain Plaintiffs' claims are barred under the doctrine of res judicata and collateral estoppel, because

the validity of the Restrictive Covenants with regard to dues and maintenance fees has already been

litigated.

6.  Judicial Estoppel is a common law doctrine by which a party who has assumed a position

in a legal proceeding may be estopped from taking a contrary or inconsistent position in a subsequent

proceeding.  The purpose of the doctrine is to protect the integrity of the judicial process by

preventing parties from playing fast and loose with the courts to suit the exigencies of self interest. *In re Coastal Plains, Inc.* 179 F.3d 197, (5th Cir. 1999), *Andrews v. Diamond, Rash, Leslie & Smith,* 959 S.W. 2d 646 (Tex. App. - El Paso, 1997). Certain Plaintiffs have taken positions contrary or inconsistent from positions taken in prior judicial proceedings; for instance, failing to disclose all potential causes of action in a bankruptcy proceeding, agreeing to pay dues and fees, and recognizing the validity of the Restrictive Covenants by having them interpreted through a declaratory judgment action against this same Defendant Los Campeones, Inc. Accordingly, these acts should preclude Plaintiffs from urging their Complaint before this Court.

      7.   The Plaintiffs are estopped from proceeding with this Complaint under the Doctrine of Res Judicata, Collateral Estoppel and/or Judicial Estoppel as follows:

      a.      Plaintiffs, Walter Plitt, Robert Brooks and Ankjaer Jensen, Petitioned the 197th District Court in Cameron County Texas, to interpret the Restrictive Covenants made the basis of this lawsuit. Plaintiffs sought to obtain the consent of a sufficient number of property owners to terminate, modify or revise the restrictive covenants, however requested that the Court interpret the process for counting votes required to achieve such an objective. This suit was against Los Campeones, Inc., who Plaintiffs now claim had no authority to collect dues and maintenance fees. The Court found that the Restrictive Covenants were not ambiguous with regard to voting rights. Upon information and belief, Plaintiffs could not acquire sufficient votes to modify the restrictive covenants, hence the RICO claim filed before this Court. Plaintiffs have recognized Los Campeones, Inc., as a successor in interest, and further, have used the judicial process to enforce the restrictive covenants. Now Plaintiffs allege a contrary position and should be estopped under the doctrine of Judicial Estoppel. In addition, Plaintiffs are estopped under the Doctrines of Res Judicata and Collateral estoppel, since this is a matter which should have been litigated in the prior law suit

4

and relates to the same issue, regarding the enforceability of these restrictive covenants. Attached and Incorporated herein is Exhibit "A" which includes Plaintiffs' Original Petition for Declaratory Judgment and a Final Summary Judgment.

b.      Plaintiffs, Maria Esther Soto and Patricia Smith Willis, were sued by Los Campeones in the 107th District Court for failure to pay dues and maintenance fees under the same restrictive covenants made the basis of this lawsuit. It is at that time Plaintiffs should have urged any cause of action it may have had against Los Campeones, Inc. Plaintiffs did not allege any type of action or misconduct on behalf of Los Campeones, Inc. Pursuant to an Agreed Judgment, Plaintiff Soto, agreed to pay the dues and maintenance fees owed under the restrictive covenants. Plaintiff Willis had a Summary Judgment rendered against her. Accordingly, Plaintiffs are barred from pursuing this matter under the Doctrine of Res Judicata, Collateral Estoppel and/or Judicial Estoppel. Attached and Incorporated herein is Exhibit "B" which includes an Original Petition, an Obligation Letter and an Agreed Judgment pertaining to Plaintiff Soto as well as an Original Petition and Summary Judgement with regard to Plaintiff Willis.

c.      Plaintiff, Christopher L. Phillippe, filed for bankruptcy in the United States Bankruptcy Court Southern District of Texas on June 1, 2000. Five months later Plaintiff filed this elaborate Complaint in Federal Court alleging several complex causes of action. Plaintiff is the attorney of record for the Complaint filed in this Court and further, has experience in the practice of bankruptcy. Plaintiff failed to disclose the causes of action against Defendant alleged in this Complaint on his bankruptcy disclosure form. Accordingly, Plaintiff is estopped from proceeding in this matter under the doctrine of Judicial Estoppel. Attached and Incorporated herein is Exhibit "C" which includes the bankruptcy petition. Specifically, refer to Schedule B (Personal Property), paragraph 20 which does not disclose the cause of action which is now before the Court.

## D.  Conclusion

8.  Because Plaintiffs failed to state a claim upon which relief can be granted the Court should dismiss the above Plaintiffs from this suit.

DATED  this 16th day of February, 2001.

Respectfully submitted,

RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben M. Torres, Sr. Blvd.
Brownsville, Texas 78520-9136
(956) 541-9600        Telephone
(956) 541-9695        Facsimile

William A. Faulk, Jr.
Federal Bar No. 5944
State Bar No. 06855000
Roman "Dino" Esparza
Federal Bar No. 22703
State Bar No. 00795337

ATTORNEY FOR DEFENDANTS

6

## <u>CERTIFICATE OF SERVICE</u>

I certify that on 16th day of February, 2001, a true and correct copy of the foregoing Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim as Barred by Doctrine of Res Judicata, Collateral Estoppel and/or Judicial Estoppel was mailed via Certified Mail, R.R.R., to:

Mr. Christopher Lee Phillippe
307-3 McFadden Dr.
Brownsville, Texas 78520

_____
William A. Faulk, Jr.

7

CASE NO. 98-11-4579-C

.ALTER PLITT, III, ROBERT C.          §    IN THE 19TH JUDICIAL
BROOKS, a ANKJAER JENSEN,             §
          Plaintiffs                  §
                                      §
VS.                                   §    DISTRICT COURT OF
                                      §                        48  ρ
_   MPEONES, I                        §
          Defendant                   §    CAMERON COUNTY, TEXAS

<u>PLAINTIFFS' ORIGINAL PETITION FOR
DECLARATORY JUDGMENT</u>

TO HONORABLE JUDGE OF SAID COURT:

C. E NOW, WALTER PLITT, III, ROBERT C. BROOKS, and ANKJAER

JENSEN, Plaintiffs, and petition the Court pursuant to the

Uniform Declaratory Judgments Act, Chapter 37 of the Texas Civil

Pract   nd Remedies Code, for a determination of construction

      ghts a    relations between the Plaintiffs and LOS

CAMPEONE   INC., the Defendant, pertaining to the "Covenants and

Restrictions of Country Club Estates".

I.

      aintiffs, WALTER PLITT, III, ROBERT C. BROOKS, and ANKJAER

JENS    e individuals who own real property that restricted

      l su   sion know as Country Club Estates, in Cameron

Count  Texas. The party having an interest made the matter of

this act  n is LOS CAMPEONES, INC., hereinafter called Defendant,

  Texas Corporation, and may be served with citation by serving

its reg   red agent for service of process, Mr. Ken Plasterer,

      rporation's  gistered office at Highway 77 and F.M.

   2, Bro  ille, Texas 78520.

II.

  Plaintiffs, are individuals who own real property that



**EXHIBIT**
**A**

V.

The Plaintiffs herein seek to obtain the consent of a
___ ient number o_ property owners to terminate, modify or
revi    he restrictive covenants, however, Plaintiffs are faced
_____    uous lang age in that section of the covenants which
p__ : _s the pro_ s for doing so. The restrictive covenants
state _ at the owners of a majority of the "lots" within the
subdivisi_n must agree to terminate or revise the covenants. The
restricti_ _ovenants do not contemplate that multiple dwelling
units    _e constructe_ on a single lot, but rather the
_-e cove__    ate: "All lots in the Subdivision and
improveme    thereon shall be used for single family residential
purposes, and for no other purpose." Further, nowhere in the
__ __ ctive cove__    are the rights of "unit owners" defined.
Ho_    the Defend_.. has permitted multiple dwelling units to
_e _    __ _ed on certain lots. Additionally, the Defendant has
_ly tre_ _ed all "unit owners" as if they were "lot
owne__    _nder the restrictive covenants. Plaintiffs, therefore,
contend _.at a majority of "unit owners" is all that is necessary
_o revise    _ modify the restrictive covenants.

VI.

_ntiffs re_ _st that this Court declare that in order for
__e Pla_. _f_:, or any other property owners subject to the
restricti_ _ covenants, to revise or terminate the restrictive
cove__._s, only of a majority of the <u>unit owners</u> within the
__    _sion need _ _ute an agreement terminating, modifying, or
revi_    _hese rest_ictions and covenants.

REFORE, Plaintiffs request that the Defendant be cited to appear and answer herein, and that on final hearing, Plaintiffs have judgment as follow:

1.    declaration that the restrictive covenants which are the subject of this        may be revised or terminated through the agreement of a majority of the unit owners within the subdivision which are subject to the covenants;

2.    Costs of Court; and,

Such other and further relief to which Plaintiffs may be        entitled.

Respectfully submitted,

Rene B. Gonzalez
Attorney at Law
P.O. Box 5134
Brownsville, Texas 78523-5134
Telephone: 956/544-2370
Facsimile: 956/982-1909
State Bar No. 08131380
Cameron County I.D. 278301

ATTORNEY FOR PLAINTIFFS

CAUSE NO. 98-11-4579-C

| WALTER PLITT, ROBERT C. | § | IN THE 197TH JUDICIAL |
| BROOKS, and ANKJAER JENSEN | § | |
| *Plaintiffs* | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| LOS CAMPEONES, INC. | § | |
| *Defendant* | § | CAMERON COUNTY, TEXAS |

## FINAL SUMMARY JUDGMENT

On August 4, 1999, the Court considered Defendant's Motion for Summary Judgment. The parties submitted their pleadings and summary judgment evidence to the Court for a hearing by submission. After considering the pleadings, motion, response, reply, evidence on file and arguments of counsel, the Court grants Defendant's Motion for Summary Judgment.

Therefore, the Court orders that the "Duration of Covenants and Restrictions" section of the Restrictive Covenants were recorded in Volume 793 Page 691 of the Real Property Records of Cameron County, Texas and the Restrictive Covenants recorded in Volume 870 Page 140 of the Real Property Records of Cameron County, Texas is not ambiguous; and

The Court orders that the "Duration of Covenants and Restrictions" section of the Restrictive Covenants were recorded in Volume 793 Page 691 of the Real Property Records of Cameron County, Texas and the Restrictive Covenants recorded in Volume 870 Page 140 of the Real Property Records of Cameron County, Texas allows one vote per lot when terminating, modifying or revising these restrictive covenants; and

The Court further declares that for purposes of determining the right to vote under the above referenced restrictive covenants, a "Unit Owner", whether a sole owner or tenants in common, shall have a pro-rata share of one vote based on the total number of units located and situated on the lot.

This provisions shall be applicable regardless of whether the lot upon which a unit is located has been incorporated into a condominium regime subsequent to the original filing of the restrictive covenants. Accordingly, by way of example if a Unit Owner owns one unit located on a lot and there are a total of four residential units located on the lot, the Unit Owner shall have a 1/4th vote.

The Court orders that the Plaintiffs take nothing by their suit for declaratory judgment; and

The Court denies all relief not granted in this judgment; and

The Court orders execution to issue for this judgment.

SIGNED on _____November 19_____, 1999.

PRESIDING JUDGE

NOV 19 1999

AGREED AS TO FORM:

_____
William A. Faulk, Jr., Attorney for Defendant

NOV 19 1999

_____
Rene Gonzalez, Attorney for Plaintiffs

cc: Rentfro Faulk & Blakemore, L.L.P., Mr. William A. Faulk, Jr., 185 E. Ruben Torres, Sr. Blvd., Brownsville, Texas 78526
    Law Offices of Rene B. Gonzalez, Mr. Rene B. Gonzalez, P.O. Box 5134, Brownsville, Texas 78523-5134

J:\Working\LosCam.Gene\Plitt\Final.Summary.Judgment.091699

CAUSE NO. _____ 08-09-3502-A

| | | |
|---|---|---|
| LOS CAMPEONES, INC.,<br>PLAINTIFF | §<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | CAMERON COUNTY, TEXAS |
| MARIA ESTHER SOTO,<br>DEFENDANT | §<br>§<br>§ | 107th JUDICIAL DISTRICT |

FILED_____ O'CLOCK _____
AURORA DE LA GARZA DIST. CLERK

## PLAINTIFF'S ORIGINAL PETITION

SEP 10 1998

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, LOS CAMPEONES, INC., hereinafter referred to as Plaintiff, complaining of MARIA ESTHER SOTO, hereinafter referred to as Defendant, and, for cause of action, would respectfully show unto the Court the following:

## I.
## PARTIES

Plaintiff is LOS CAMPEONES, INC., a Texas corporation and the successor in interest to the development rights of VALLEY INN AND COUNTRY CLUB AKA VALLEY INTERNATIONAL COUNTRY CLUB located and situated in Brownsville, Cameron County, Texas. Defendant is an individual residing in Brownsville, Cameron County, Cameron County, Texas and may be served with process via *CERTIFIED MAIL, RETURN RECEIPT REQUESTED* at the following address: 104 Cowan Terrace East, Brownsville, Texas 78521 which is her last known mailing address according to the records of LOS CAMPEONES, INC.

## II.
## FACTS

Defendant is an owner and resident of the hereinafter described property which property is subject to Restrictive Covenanats which provide for the payment of dues and maintenance fees

1



EXHIBIT
B

5. Plaintiff requests judgment for costs of court.

6. Plaintiff prays for such other and further relief both in law and in equity to which it may prove itself justly entitled to receive.

Respectfully Submitted,
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. RUBEN TORRES, SR. BLVD.
BROWNSVILLE, TEXAS 78520
*TELEPHONE:* (956) 541-9600
*FACSIMILE:* (956) 541-9695

BY: _____
WILLIAM A. FAULK, JR.
STATE BAR NO. 06855100
CCB #162701

4

## MARIA ESTHER SOTO - UNIT 807-4
## ACCOUNT S2127

104 COWAN TERRACE EAST - BROWNSVILLE, TX 78521

| 1998 | DUES | H.O. SER. | OTHER | SC | PAYMENTS | |
|---|---|---|---|---|---|---|
| | | | | | | $829.38 |
| JANUARY | $28.15 | $77.43 | $8.00 | $4.09 | $117.67 | $947.05 |
| FEBRUAR | $28.15 | $77.43 | $8.00 | $4.67 | $118.25 | $1,065.30 |
| MARCH | $28.15 | $77.43 | $8.00 | $4.90 | $118.48 | $1,183.78 |
| APRIL | $28.15 | $77.43 | $8.00 | $5.84 | $119.42 | $1,303.20 |
| MAY | $28.15 | $77.43 | $8.00 | $6.43 | $120.01 | $1,423.21 |
| JUNE | $28.15 | $77.43 | $8.00 | $6.78 | $120.36 | $1,543.57 |
| JULY | $28.15 | $77.43 | $8.00 | $7.61 | $121.19 | $1,664.76 |
| AUGUST | $28.15 | $77.43 | $8.00 | $8.21 | $121.79 | $1,786.55 |
| SEPTEMBER | | | | | $0.00 | $1,786.55 |
| OCTOBER | | | | | $0.00 | $1,786.55 |
| NOVEMBER | | | | | $0.00 | $1,786.55 |
| DECEMBER | | | | | $0.00 | $1,786.55 |
| TOTAL | $225.20 | $619.44 | $64.00 | $48.53 | $957.17 | $1,786.55 |
| | $450.40 | $1,142.53 | $137.00 | $56.62 | $0.00 | $1,786.55 |

**EXHIBIT ___A___**

## RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

*T. Mark Blakemore*
*Also licensed in Florida*
*Daniel Rentfro, Jr.*
*Member, Attorney-Mediators Institute*
*William L. Rentfro*
*William A. Faulk, Jr.*

———

*Jana L. Smith*

*185 E. RUBEN M. TORRES, SR. BOULEVARD*
*(FM 802 AT MCALLEN ROAD)*
*BROWNSVILLE, TEXAS 78520-9136*

———

*Tel: 956-541-9600*
*Fax: 956-541-9695*
*E-Mail: attorneys@rfbllp.com*

*Of Counsel*
*Daniel L. Rentfro*
*William A. Faulk, Sr.*

*Kenneth S. Harder*
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

October 19, 1998

3:00

Maria Ester Soto
104 Cowan Terrace East
Brownsville, Texas 78521

*Certified Mail No. P 095 363 146*
*Return Receipt Requested*

Re:    Obligation owed to Valley International Country Club, Unit 807-4    R. Correa

Dear Ms. Soto:

        This letter is to confirm our agreement that you will pay to Los Campeones, Inc. the total amount of $228.00 per month which amount will be used to pay your current monthly assessments and any amount over and above that current amount will be applied towards your outstanding balance.

        As you know, there has been a lawsuit filed against you in order to secure repayment of the debt. As part of your agreement, an Agreed Judgment will be entered in that case which judgment will not be executed or abstracted unless you fail to make the payments which you have agreed to under the terms of this letter agreement.

        If this is not your understanding, please contact me immediately, otherwise please execute this letter in the space provided below for your signature and return one original letter to me for my client's file. If you have any questions regarding this matter, please feel free to contact me at the above referenced address and phone number.

Very truly yours,
RENTFRO, FAULK & BLAKEMORE, L.L.P.

By: _____
**William A. Faulk, Jr.**

Approved and Agreed To:

_____
MARIA ESTER SOTO

WAFJR/sm
cc:    Ken Plasterer

CAUSE NO. 98-09-03502-A

| | | |
|---|---|---|
| LOS CAMPEONES, INC. | § | IN THE DISTRICT C' |
| | § | |
| VS. | § | OF CAMER'           ___AS |
| | § | |
| MARIA ESTHER SOTO, | § | 107TH JUDICIA    ___ TRICT COURT |

## AGREED JUDGMENT

Came on for consideration the above styled and numbered cause. The Plaintiff LOS CAMPEONES, INC. and the Defendant MARIA ESTHER SOTO, pursuant to the settlement letter on file with this Court, have announced to the Court that they have reached an agreement in this matter. Based upon the agreement of the parties, it is accordingly

ORDERED, ADJUDGED and DECREED that LOS CAMPEONES, INC. have and recover judgment of and from Defendant MARIA ESTHER SOTO in the principal sum of *One Thousand Eight Hundred Twenty-One Dollars and 49/100ths ($1,821.49)* representing the principal amount of the judgment; and that LOS CAMPEONES, INC. have judgment in the amount of *One Tousand Five Hundred Dollars and 00/100ths ($1,500.00)* as reasonable and necessary attorney's fees, together with post judgment interest at the rate of ten percent (10%) per annum on the total judgment from the date of judgment until paid, together with all costs of court.

Plaintiff is allowed such writs and possessions as may be necessary in the enforcement and collection of this judgment.

All relief requested and not expressly granted herein is denied.

SIGNED and ENTERED this ___21st___ day of ___Jan._____, 1999.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND CONTENT:

**COPIES TO; 1/21/99**

_____
William A. Faulk, Jr.
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben M. Torres, Sr. Blvd.
Brownsville, Texas 78520
Telephone:    (956) 541-9600
Facsimile:    (956) 541-9695
State Bar No. 06855100

*Attorney for Plaintiff, LOS CAMPEONES, INC.*

**MARIA ESTHER SOTO**

FILED ___3:00___ O'CLOCK ___P___ M
AURORA DE LA GARZA DIST. CLERK

JAN 21 1999

DISTRICT COURT OF CAMERON COUNTY, TEXAS
Maria Medrano

3:00    ℓ

CAUSE NO. _____

| | | |
|---|---|---|
| LOS CAMPEONES, INC.,<br>   PLAINTIFF | §<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | CAMERON COUNTY, TEXAS |
| PATRICIA SMITH-WILLIS,<br>   DEFENDANT | §<br>§ | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, LOS CAMPEONES, INC., hereinafter referred to as Plaintiff, complaining of

PATRICIA SMITH-WILLIS, hereinafter referred to as Defendant, and, for cause of action, would

respectfully show unto the Court the following:

### I.
### PARTIES

Plaintiff is LOS CAMPEONES, INC., a Texas corporation and the successor in interest to the

development rights of VALLEY INN AND COUNTRY CLUB AKA VALLEY INTERNATIONAL COUNTRY

CLUB located and situated in Brownsville, Cameron County, Texas. Defendant is an individual

residing in Tampico, Tamaulipas, Mexico and may be served with process via *REGISTERED MAIL,*

*RETURN RECEIPT REQUESTED* at *Agua Dulce 907, Colonia Petrolera, Tampico, Tamaulipas,*

*Mexico,* or via *PERSONAL SERVICE* at *258 McFadden Hut, Brownsville, Texas,* which are her last

known mailing addresses according to the records of LOS CAMPEONES, INC.

1

## II.
## FACTS

Plaintiff is the developer as defined in the Covenants and Restrictions of Country Club Estates and is charged with the responsibility of providing maintenance, services, membership, and road maintenance to the lot owners of the Country Club property owners.  The Defendant is further bound to pay for such amounts as arising for the expenses for maintenance, dues,  road maintenance and other services as provided for in those certain Covenants and Restrictions of Country Club Estates recorded in Volume 870, Page 140 of the Deed Records of Cameron County, Texas and also as adopted and ratified in instrument recorded in Volume 61, Page 423 of the Miscellaneous Deed Records of Cameron County, Texas.

## III.

Defendant is the owner of the property which is more particularly described in Warranty Deed With Vendor's Lien from Roman A. Paez, Trustee  to PATRICIA SMITH-WILLIS, dated June 17, 1981, as shown on Warranty Deed With Vendor's Lien  recorded in Volume 1240, Page 269 of the Official Records of Cameron County, Texas; which property is subject to the above referenced Restrictive Covenants.

## IV.

Plaintiff has filed a Notice of Lien against the property in order to secure the repayment of the amounts as set forth on the attached account.  Plaintiff has notified the Defendant of the account and the Defendant has failed and refused and continues to fail and refuses to pay such account when due. The  principal  amount  of  the  account  is  *Two  Thousand  One  Hundred  Five  and  41/100*

2

Dollars($2,105.41) after all just and lawful offsets, credits and payments have been allowed. Plaintiff has demanded payment of these amounts however Defendant has failed to make payments as demanded.

## V.
## ATTORNEY'S FEES

Defendant's default has made it necessary to employ the undersigned attorney to file suit and to seek foreclosure of its lien. This claim was timely presented to the Defendant and remains unpaid. A reasonable fee for the attorney's services rendered and to be rendered is at least *One Thousand Five Hundred and 00/100 Dollars ($1,500.00)*.

## VI.
## FORECLOSURE

In order to secure the repayment of the above amounts, Plaintiff has filed its Notice of Lien and Plaintiff is entitled to such lien as provided in the above referenced Restrictive Covenants pertaining to Country Club Estates. Under the terms of the said Covenants and Restrictions, Plaintiff is entitled to foreclose the lien in the same manner as the foreclosure of a vendor's lien without prejudice to any purchase money liens which may exist. Plaintiff requests upon final judgment that the Court enter an Order of Sale of the above described property in order to satisfy all amounts owed under the judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

1.  That the Defendant be cited to appear and answer herein.

3

2. That Plaintiff be granted judgment for *Two Thousand One Hundred Five and 41/100 Dollars($2,105.41)* as principal amount of the debt and that Plaintiff be granted judgment for prejudgment and post judgment interest at the rates provided by law.

3. Plaintiff be allowed foreclosure of its lien.

4. Plaintiff be granted judgment for reasonable and necessary attorney's fees in an amount of at least *One Thousand Five Hundred and 00/100 Dollars ($1,500.00).*

5. Plaintiff requests judgment for costs of court.

6. Plaintiff prays for such other and further relief both in law and in equity to which it may prove itself justly entitled to receive.

Respectfully Submitted,
RENTFRO, FAULK & BLAKEMORE, L.L.P.
185 E. RUBEN TORRES, SR. BLVD.
BROWNSVILLE, TEXAS 78520
*TELEPHONE:*      (956) 541-9600
*FACSIMILE:*      (956) 541-9695

BY:

WILLIAM A. FAULK, JR.
STATE BAR No. 06855100
CCB #162701

4

CAUSE NO. 99-04-2032-A

| | | |
|---|---|---|
| LOS CAMPEONES, INC. | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | CAMERON COUNTY, TEXAS |
| VS. | § | |
| | § | |
| PATRICIA SMITH WILLIS | § | 107ᵀᴴ JUDICIAL DISTRICT |
| Defendant | § | |

## SUMMARY JUDGMENT

On this the 16ᵗʰ day of March, 2000, came on for consideration the Motion for Summary Judgment of the Plaintiff, LOS CAMPEONES, INC. The Court having reviewed such motion is of the opinion that its Motion should be granted and that Final Judgment should be entered against PATRICIA SMITH WILLIS, Defendant.

The Court finds that this cause is for a liquidated amount of damages and is proved by instruments in writing and finds that Defendant PATRICIA SMITH WILLIS is indebted to the Plaintiff in the amount of *Three Thousand Four Hundred Seventy Seven Dollars and 59/100 ($3,477.59)* representing the principal amount of the judgment and that Plaintiff should recover reasonable and necessary attorney's fees, which the Court finds to be in the amount of *One Thousand Five Hundred Dollars and 00/100 ($1,500.00).*

The Court further finds that the Plaintiff has a secured lien against the property described in the attached Exhibit "A", which is attached to this Judgment and made a part hereof, which Lien secures the repayment of assessments, dues, charges and attorney fees pursuant to the Covenants and Restrictions of Country Club Estates.

It is therefore ORDERED, ADJUDGED and DECREED that LOS CAMPEONES, INC. have and recover judgment of and from Defendant, PATRICIA SMITH WILLIS, in the principal sum of *Three Thousand Four Hundred Seventy Seven Dollars and 59/100 ($3,477.59)* and that Plaintiff

1

have judgment in the amount of *One Thousand Five Hundred Dollars and 00/100 ($1,500.00)* as reasonable and necessary attorney's fees through the trial of this cause, together with all costs of court, which presently are in the amount $158.00 of in this behalf expended for a **TOTAL JUDGEMENT OF $5,135.59** together with post-judgment interest at the rate of ten percent (10%) per annum on the total judgment from the date of judgment until paid,

It is further ORDERED, ADJUDGED and DECREED that Plaintiff be awarded additional attorney's fees in the event that Defendant appeals from the judgment to the Court of Appeals, in the amount of $2,500.00 and further fees in the amount of $1,500.00 should Error be granted by the Supreme Court of the State of Texas.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff have foreclosure of its lien securing the above referenced amounts and the District Clerk of this Court is hereby ordered to issue an order of sale of the above referenced property in order to satisfy all amounts as contained in this judgment.

Plaintiff is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

All relief requested and not expressly granted herein is denied.

SIGNED FOR ENTRY this the ___17th___ day of **MARCH,** 2000.

_____
JUDGE PRESIDING

**3/20/00 COPIES TO;**
cc:   Rentfro, Faulk & Blakemore, LLP, 185 E. Ruben Torres Blvd., Brownsville, Tx 75826
      Ms. Patricia Smith Willis, Agua Dulce #907, Colonia Petrolera, Tampico, Tamp., Mex.
      Ms. Patricia Smith Willis, 258 McFadden Hut Dr., Brownsville, Tx 78520

J:\WORKING\LOSCAM.GEN\EWILLIS.PAT\SUMMARY.JDG.WPD

2

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First Middle)<br>**Phillippe, Christopher Lee** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle) |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names). |
| Social Security/Tax Identification No. (if more than one, state all):<br>**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** | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**307-3 McFadden Drive**<br>**Brownsville, TX 78520** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Cameron** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address).<br>**307-3 McFadden Drive**<br>**Brownsville, TX 78520** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

# 00 - 21576 - B - 7

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**   (Check one box) | | |
| --- | --- | --- | --- | --- |
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | | | | |

| **Nature of Debts**   (Check one box) | **Filing Fee**   (Check one box) |
| --- | --- |
| ☑ Consumer/Non-Business      ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply)<br>☐ Debtor is a small business as defined by 11 U.S.C.Sec. 101.<br>☐ Debtor is & elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installment<br>Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information**      (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

United States Bankruptcy Court
Southern District of Texas
FILED

JUN — · 2000

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | 1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Mich

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | 1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 , Copyright 1996-2000*

# Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Christopher Lee Phillippe**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, under the relief available under each such chapter, and chose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____

X Christopher Lee Phillippe

Telephone Number (If not represented by an attorney) _____

Date **05-31-00**

### Signature of Attorney

X _____

Richard Hoffman          Bar No. 09787200/6147

**Richard Hoffman**
**Attorney At Law**
**1718 Boca Chica Blvd.,**
**Brownsville, TX 78520**

Phone No. (956) 544-2345     Fax No. (956) 982-1909

Date **5-31-00**

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____

Richard Hoffman          Bar No. 09787200/6147

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 , Copyright 1996-2000*

# UITED STATES BANKRUPTCY COU.
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

*Debtor(s)*

CHAPTER    7

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. SEC. 329 AND B.R. 2016(B)

| | |
|---|---|
| Amount paid: | |
| Amount to be paid: | |
| Property transferred to attorney: | None |
| Collateral held by attorney: | None |
| Source of compensation: | Current wages |

I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.

I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.

I have not agreed to share this compensation with any person other than members of the firm.

Date _____ 5 · 31 · 00 _____

_____
Christopher Lee Phillippe

_____
Richard Hoffman
Richard Hoffman
Attorney At Law
1718 Boca Chica Blvd.,
Brownsville, TX 78520

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:   Christopher Lee Phillippe                                    CASE NO

*Debtor(s)*                                                                      CHAPTER    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

### a. Property to Be Surrendered.

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| BMW 528i | BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103 |
| 1996 Chevy S10 Pickup | Ford Motor Credit<br>P. O. Box 64001 DJ<br>Dallas, TX 75364-0001 |
| 1997 Pontiac Grand Am | GMAC<br>P. O. Box 901025<br>Fort Worth, TX 76101-2009 |
| Panasonic Copier - Leased | Panasonic Communications & Systems<br>P.O. Box 7023<br>Troy, MI 48007-7023 |

### b. Property to Be Retained. (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| 307-3 & 4 McFadden Drive<br>Home Mortgage Loan | Advanta National Bank<br>P.O. Box 509011<br>San Diego, CA 92150-9011<br>0011907474 | ☐ | ☐ | ☑ | ☐ |
| 2000 M Coupe<br>Contract Lease | BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103<br>2000199188 | ☐ | ☐ | ☑ | ☐ |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**                                    CASE NO

*Debtor(s)*                                                    CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

Date _____ 05/31/00 _____              Signature _____
                                         *Christopher Lee Phillippe*

Date _____              Signature _____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business.

None
☐

State the gross amount of income the debtor has received from employment, trade or profession, or from the operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal year rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse seperately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are seperated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) and YEAR |
|---|---|
| 2000 | Year to Date $29,170.00 |
| 1999 | Estimated at $35,703.58 |
| 1998 | $92,749.00 |

### 2. Income other than from employment or operation of business.

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 and chapter 13 must state income of each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed:)

### 3. Payments to creditors.

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Advanta National Bank<br>P.O. Box 509011<br>San Diego, CA  92150-9011 | May 2000 | $741.50 | $67,247.25 |
| BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103<br><br>For:  2000 M Coupe | May 2000 | $755.46 | $23,419.26 |
| BMW Financial SeRvices<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103<br><br>For:  528i | May 2000 | $725.00 | $7,250.00 |

None
☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

None ☐

a.  List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated  and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cause No:  204-FD S.B.D.B. Properties vs Phillippe & Rodriguez, PLLC | Forcible Entry and Detainer | Justice Court Precinct 2, Place 2 974 East Harrison St Brownsville, TX | Suggestion of Bankruptcy Filed |
| Case Number:  99-06-2800-A Phillippe & Rodriguez, PLLC dba Phillippe, Grissom, Belton & Sullivan vs James P. Grissom | Partnership dispute | 107 Judicial District Court 974 E. Harrison St Brownsville, TX | Closed |
| Cause No:  00-022718-CK Lease Corporation of America vs Christopher Lee Phillippe, Sr., an Individual | Debt Collection | 6th Judicial Circuit State of Michigan | Suggestion of Bankruptcy filed |

---

None ☑

b  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns.

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure, or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships.

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER   7

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts.

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 if value per individual family members and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses.

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 13 or chapter 12 must list losses of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy.

None
☑

List all Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

### 10. Other transfers.

None
☑

List all property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:   Christopher Lee Phillippe

CASE NO

CHAPTER   7

## STATEMENT OF FINANCIAL AFFAIRS

Continuation Sheet No. 3

---

**11. Closed financial accounts.**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associates, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank of Texas, NA P.O. Box 2179 Brownsville, TX  78522 | Account # 03003095007 | Closed: April 13, 2000 |

---

**12. Safe deposit boxes.**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs.**

None
☑

List all setoffs made by any creditor, including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| William Camp Attorney At Law 8300 Douglas Avenue Dallas, TX  75225 | Computer systems $2,500 | 307-3 McFadden Drive Brownsville, TX |
| William Camp Attorney At Law 8300 Douglas Avenue Dallas, TX  75225 | Biz Phone system $2,000 | 307-3 McFadden Drive Brownsville, TX |
| William Camp Attorney At Law 8300 Douglas Avenue Dallas, TX  75225 | Computer stations & File Cabinets $500.00 | 307-3 McFadden Drive Brownsville, TX |

CNsPDF - www.fasio.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:   Christopher Lee Phillippe

CASE NO

CHAPTER   7

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No 4*

| | | |
|---|---|---|
| Claudia Phillippe<br>307-3 McFadden Drive<br>Brownsville, TX | Oak desk, 1 bedroom set, hat<br>rack, (3) bronzes, ceramics,<br>china , stereo, buffet, 1<br>dining room set, bar<br>$3,500 | 307-3 McFadden Drive<br>Brownsville, TX |

---

**15. Prior address of debtor.**

None ☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint peition is filed, report also any separate address of either spouse.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*[An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.]*

**16. Nature, location and name of business.**

None ☐

a.  If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING<br>DATES OF OPERATION |
|---|---|---|
| Phillippe & Rodriguez, PLLC<br>d/b/a Phillippe, Belton, Sullivan & Carver<br>d/b/a Phillippe, Belton, Sullivan & Cabier<br>d/b/a Phillippe, Grissom, Belton & Sullivan | Law Offices | 1997 through<br>February, 2000 |
| d/b/a Law Offices of Christopher Lee Phillippe<br>3505 Boca Chica Blvd., Suite 144<br>Brownsville, TX  78521 | | |
| Christopher Lee Phillippe<br>Attorney at Law<br>307-3 McFadden Drive<br>Brownsville, TX  78520 | Law Office | February, 2000 -<br>Present |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER  7

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

### 17. Books, records and financial statements.

None
☐
    a. List all bookkeepers and accountants who within the six years immediately preceding the commencement of this case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Long, Chilton, Payte & Hardin, L.L.P.<br>402 E. Tyler<br>Harlingen, TX  78551 | 1992 - 2000 |

---

None
☐
    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of accounts and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Long, Chilton, Payte & Hardin, L.L.P.<br>402 E. Tyler<br>Harlingen, TX  78551 | |

---

None
☐
    c. List all firms or individuals who at the time of the commencement of this case where in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Long, Chilton, Payte & Hardin, L.L.P | 402 E. Tyler<br>Harlingen, TX  78551 |
| Christopher Lee Phillippe | 307-3 McFadden Drive<br>Brownsville, TX |

---

None
☐
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Union Small Business Capital (SBA)<br>The Money Store<br>P.O. Box 162247<br>Sacramento, CA  95816 | June, 1999 |
| Chase Bank of Texas<br>P.O. Box 2179<br>Brownsville, TX 78522 | 1997 |
| Texas State Bank<br>629 E. Elizabeth Street<br>Browns.... TX | 1999 |

CutePDF - www.tatoo.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

**18. Inventories.**

None
☑

   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

**19. Current Partners, Officers, Directors and Shareholders.**

None
☑

   a. If the debtor is a partnership, list the nature and percentage interest of each member of the partnership.

---

None
☑

   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

---

**20. Former partners, officers, directors and shareholders.**

None
☑

   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

   b. If the debtor is a corporation, list all officers, or directors who's relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**21. Withdrawals from a partnership or distributions by a corporation.**

None
☑

   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:   Christopher Lee Phillippe

CASE NO

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

---

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**8**_____ sheets, and that they are true and correct.

Date  05/31/00 _____        Signature _____

Christopher Lee Phillippe

Date _____        Signature _____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:   **Christopher Lee Phillippe,   Debtor**                    CASE NO

CHAPTER    7

## SCHEDULE A (REAL PROPERTY)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead<br>307-3 & 4 McFadden Drive<br>Brownsville, TX | Home Mortgae Loan | H | $85,000.00 | $67,247.25 |
|  |  |  | **$85,000.00** | **$67,247.25** |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER   7

## SCHEDULE B (PERSONAL PROPERTY)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand. | X | | | |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Texas State Bank Account Number: 300320986 | H | $5.00 |
| | | International Bank of Commerce Account No:  1069802-00 | H | $10.00 |
| 3. Security deposits with public utili-ties, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 1 Bedroom set, T.V.'s, V.C.R.'s,  2 chest of drawers, 1 armore, washer/dryer, refrigerator, | H | $3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collect-ions, or collectibles. | | Law Books - Tools of the Trade | H | $750.00 |
| | | frames, C-D's | H | $400.00 |
| 6  Wearing apparel. | | Suits, dress shirts, jeans, casual shirts, shorts, dress shoes, causal shoes, | H | $500.00 |
| 7. Furs and jewelry. | | 1 watch, 1 wedding band, cuff links | H | $1,250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 Glock | H | $250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender and refund value of each | | State Farm Insurance 8900 Amberglen Blvd., Austin, TX Claudia Phillippe, Universal Life | W | $0.00 |
| | | First Colony Life | H | $0.00 |

Total >   $6,165.00

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:   Christopher Lee Phillippe

CASE NO

CHAPTER   7

## SCHEDULE B (PERSONAL PROPERTY)

Continuation Sheet No. 1

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Term Insurance - Christopher Lee Phillippe | | |
| 10. Annuites. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100 % Stock ownership interest Phillippe & Rodriguez, PLLC - firm will be filing a No Asset Chapter 7 bankruptcy | H | $0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15 Accounts receivable. | | Accounts Receivable for Phillippe & Rodriguez, PLLC ($192,144.18) See Motion for Relief filed by First Union Bank and Agreed Order attached hereto as Exhibit A | H | $0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars | X | | | |

Total >   16,165.00

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE B (PERSONAL PROPERTY)

Continuation Sheet No. 2

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Cause No:  C-5316-99-C<br>Mary Ellen Bussey<br>vs<br>Global Tours<br>139th Judicial District Court<br>Hidalgo County, Texas<br>Case is Pending | H | $0.00 |
| | | Cause No:  99-3287-E<br>Patricia Howell, Individually and as Representative of the Estate of Michael Lance McGlassen, Deceased and Sheryl Ertell, as Next Friend of Jeslin K. Leta Ertell, a Minor<br>vs<br>Baypoint, Ltd. and Callaway Development Corporation<br>vs<br>Metro Electric Service, Inc.,<br>148th Judicial District Court<br>Nueces County, Texas<br>Case is Pending | H | $0.00 |
| | | Cause No:  98-299<br>Nicolasa Clark Vasques, Individually and as Administratrix of the Estate of Julio Calixto Vasquez, Sr., deceased, et al<br>vs<br>Sebastian Cotton Oil, Co., et al<br>357th Judicial District Court | H | $0.00 |

Total >                    $6,165.00

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE B (PERSONAL PROPERTY)

Continuation Sheet No. 3

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Willacy County Texas<br>Case is Pending | | |
| | | Cause No:  C-4877-99-E<br>Guillermina Ortiz, Individually and on Behalf of<br>Luis Ortiz, a Minor<br>vs<br>Rogelio C. Salinas<br>275th Judicial District Court<br>Hidalgo County, Texas<br>Case is Pending | H | $0.00 |
| 21. Patents, copyrights, and other intellectual property  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories | | 1997 Pontiac Grand Am<br>Debtor's interest have been surrendered.  Co-Debtor, Eddie Rodriguez,  has collateral and will be making monthly payments. | H | $0.00 |
| | | 2000 M Coupe | H | $23,419.26 |
| | | BMW 528i<br>Debtor's interest have been surrendered.  Co-Debtor, Claudia Phillippe, has collateral and will be making monthly payments. | W | $0.00 |
| 24  Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies | | Panasonic Copier - Leased - Not owned | H | $5,036.00 |
| | | 1 personal computer w /Monitor, Keyboard, and Mouse, 1 printer - | H | $350.00 |

Total >                      $34,970.26

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**                          CASE NO

                                                              CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 4*

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Tools of the Trade | | |
| | | Desk & office equipment, table & chairs - Tolls of the trade | H | $1,750.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 1 schnauzer | W | $0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed  Itemize. | X | | | |
| | | | Total > | 36,720.26 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Homestead 307-3 & 4 McFadden Drive Brownsville, TX | Const. Art. 16 Secs. 50,51 / Property Code Sec 41.001,41.002 | 100% | $85,000.00 |
| 1 Bedroom set, T.V.'s, V.C.R.'s, 2 chest of drawers, 1 armore, washer/dryer, refrigerator, | Texas Property Code Secs. 42.001(a), 42.002(a)(1) | $3,000.00 | $3,000.00 |
| Law Books - Tools of the Trade | Texas Property Code Secs. 42.001(a), 42.002(a)(4) | $750.00 | $750.00 |
| frames, C-D's | Texas Property Code Secs. 42.001(a), 42.002(a)(4) | $400.00 | $400.00 |
| Suits, dress shirts, jeans, casual shirts, shorts, dress shoes, causal shoes, | Texas Property Code Secs. 42.001(a), 42.002(a)(5) | $500.00 | $500.00 |
| 1 watch, 1 wedding band, cuff links | Texas Property Code Secs. 42.001(a), 42.002(a)(6) | $1,250.00 | $1,250.00 |
| 1 Glock | Texas Property Code Secs. 42.001(a), 42.002(a)(7) | $250.00 | $250.00 |
| 2000 M Coupe | Texas Property Code Secs. 42.001(a), 42.002(a)(9) | $0.00 | $23,419.26 |
| BMW 528i | Texas Property Code Secs. 42.001(a), 42.002(a)(9) | $0.00 | $0.00 |
| 1 personal computer w/Monitor, Keyboard, and Mouse, 1 printer - Tools of the Trade | Texas Property Code Secs. 42.001(a), 42.002(a)(4) | $350.00 | $350.00 |
| Desk & office equipment, table & chairs - Tolls of the trade | Texas Property Code Secs. 42.001(a), 42.002(a)(4) | $1,750.00 | $1,750.00 |
| | | $26,002.75 | $669.26 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**

CASE NO

CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1 schnauzer | Texas Property Code Secs. 42.001(a), 42.002(a)(11) | $0.00 | $0.00 |
| | | $26,002.75 | $11,669.26 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:   Christopher Lee Phillippe

CASE NO

CHAPTER     7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

### Exemption Totals by Category:
(Values and liens of surrendered property is NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| N/A | Real Property | $85,000.00 | $67,247.25 | $17,752.75 | $17,752.75 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $15.00 | $0.00 | $15.00 | $0.00 | $15.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $3,000.00 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $1,150.00 | $0.00 | $1,150.00 | $1,150.00 | $0.00 |
| 6. | Wearing apparel | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 7. | Furs and jewelry. | $1,250.00 | $0.00 | $1,250.00 | $1,250.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2000, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

# UNITED STATES BANKRUPTCY COURt
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property is NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumberances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Automobiles, trucks, trailers, vehicles... | $23,419.26 | $42,069.26 | $0.00 | $0.00 | $0.00 |
| 24. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Office equipment, furnishings... | $7,136.00 | $5,036.00 | $2,100.00 | $2,100.00 | $0.00 |
| 27. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$121,720.26** | **$114,352.51** | **$26,017.75** | **$26,002.75** | **$15.00** |

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Texas State Bank     Account Number: 300320986 | $5.00 | | $5.00 | $5.00 |
| International Bank of Commerce     Account No: 1069602-00 | $10.00 | | $10.00 | $10.00 |

Copyright 1996-2000, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

| TOTALS: | $15.00 | $0.00 | $15.00 | $15.00 |
|---|---|---|---|---|

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $121,720.26 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $121,720.26 |
| D. Gross Amount of Encumberances (not including surrendered property) | $114,352.51 |
| E. Gross Amount of Encumberances on Surrendered Property | $0.00 |
| F. Total Gross Encumberances (D+E) | $114,352.51 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $26,017.75 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $26,017.75 |
| J.  Total Amount of Exemptions Claims | $26,002.75 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $15.00 |

*Copyright 1996-2000, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

IN RE  Christopher Lee Phillippe
_____
          Debtor

_____
          Joint Debtor

CASE NO _____
                    (If Known)

CHAPTER  7

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:  0011907474<br><br>**Advanta National Bank**<br>P.O. Box 509011<br>San Diego, CA  92150-9011 | | H | DATE INCURRED        1999<br>NATURE OF LIEN<br>**Home Mortgage Loan**<br>COLLATERAL<br>**307-3 & 4 McFadden Drive**<br>REMARKS<br><br>COLLATERAL VALUE          $85,000.00 | | | | $67,247.25 | |
| ACCT #:  2000199188<br><br>**BMW Financial Services**<br>P.O. Box 78103<br>Phoenix, AZ  85062-8103 | | H | DATE INCURRED        1998<br>NATURE OF LIEN<br>**Contract Lease**<br>COLLATERAL<br>**2000 M Coupe**<br>REMARKS<br><br>COLLATERAL VALUE          $23,419.26 | | | | $23,419.26 | $0.00 |
| ACCT #:  2000156191<br><br>**BMW Financial Services**<br>P.O. Box 78103<br>Phoenix, AZ  85062-8103 | x | W | DATE INCURRED        1998<br>NATURE OF LIEN<br>**Contract Lease**<br>COLLATERAL<br>**BMW 528i**<br>REMARKS<br>**Co-Debtor has reposessed collateral.**<br>**Co-Debtor Claudia Phillippe will**<br>**continue making payments on**<br>COLLATERAL VALUE          $0.00 | | | | $7,250.00 | $7,250.00 |
| ACCT #:  084-1229-90944<br><br>**GMAC**<br>P. O. Box 901025<br>Fort Worth, TX  76101-2009 | x | H | DATE INCURRED        10/97<br>NATURE OF LIEN<br>**Purchase Money**<br>COLLATERAL<br>**1997 Pontiac Grand Am**<br>REMARKS<br>**Co-Debtor has reposessed collateral.**<br>**Co-Debtor, Eddie Rodriguez, will**<br>**continue making payments on**<br>COLLATERAL VALUE          $11,019.00 | | | | $10,853.82 | |
| ACCT #:  007-1268239-000<br><br>**Panasonic Communications & Systems**<br>P.O. Box 7023<br>Troy, MI  48007-7023 | | H | DATE INCURRED        1999<br>NATURE OF LIEN<br>**Purchase money - lease**<br>COLLATERAL<br>**Panasonic Copier - Leased**<br>REMARKS<br>**Leased equipment - not owned.**<br>**(Personal Guarantor)**<br>COLLATERAL VALUE          $5,036.00 | | | | $5,036.00 | $0.00 |

**No**_____ continuation sheets attached

Total for this Page (Sub-Total) >        $113,806.33        $7,250.00

Running Total >        $113,806.33        $7,250.00

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER     7

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,300* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☑ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local goverment units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims bases on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

IN RE   Christopher Lee Phillippe
_____
                    Debtor

_____
                Joint Debtor

CASE NO _____
                    (If Known)

CHAPTER   7

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No  1*

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:L2122-99-000-000A-09<br>Lori Gruver Robertson<br>Linebarger, Heard, Goggan, Blair<br>P.O. Box 17428<br>Austin, TX  78760-777 | | H | DATE INCURRED        1999<br>CONSIDERATION<br>1999 Personal Property Taxes<br>REMARKS<br>Personal Property Taxes on closed office in Hidalgo County | | | | $288.96 | $288.96 |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |

Total for this Page (Sub-Total) >   $288.96   $288.96

Running Total >   $288.96   $288.96

IN RE  Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 2*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: L212299000000A09<br>**City of McAllen Tax Office**<br>P.O. Box 52240-2240<br>McAllen, TX  78505 | | H | DATE INCURRED     **1999**<br>CONSIDERATION<br>**1999 Personal Property Taxes**<br>REMARKS | | | | $29.90 | $0.00 |
| ACCT #: 74-2845680<br>**Internal Revenue Service**<br>300 E. 8th St. STOP 5022AUS<br>Stop 5022AUS<br>Austin, TX  78701 | | H | DATE INCURRED     **1999**<br>CONSIDERATION<br>**1999 & 2000 / 941 Taxes**<br>REMARKS<br>**1999 - 941 Taxes: $13,501.22**<br>**2000 - 941 Taxes:  $ 4,084.70** | | | | $17,585.92 | $17,585.92 |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS. | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS· | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |

Total for this Page (Sub-Total) >  $17,615.82      $17,585.92

Running Total >  $17,907.78      $17,874.88

IN RE   Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER   7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  160718-0Y<br>Adams & Graham, L.L.P.<br>P.O. Drawer 1429<br>Harlingen, TX  78551 | | H | DATE INCURRED    1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $4,317.40 |
| ACCT #:  01-0001802<br>Alegra Print & Imaging<br>fna Quick Print<br>2200 Boca Chica Blvd., Suite 146<br>Brownsville, TX  78521 | | H | DATE INCURRED    1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $481.21 |
| ACCT #:<br>America Online Incorporated<br>2200 Aol Way<br>Sterling, VA | | H | DATE INCURRED    1999<br>CONSIDERATION<br>Internet services<br>REMARKS | | | | $300.00 |
| ACCT #:<br>American Bar Association<br>541 North Fairbanks Court<br>Chicago, IL  60611-3314 | | H | DATE INCURRED    May, 1999<br>CONSIDERATION<br>Dues<br>REMARKS | | | | $275.00 |
| ACCT #:  3713-812865-52000<br>American Express<br>a/k/a Platinum Card<br>P. O. Box 29-7879<br>Fort Lauderdale, FL  33329-7879 | | H | DATE INCURRED    1999<br>CONSIDERATION<br>Miscellaneous Purchases<br>REMARKS | | | | $1,280.19 |
| ACCT #:  3728-097948-01005<br>American Express<br>a/k/a Gold Card<br>P. O. Box 29-7879<br>Fort Lauderdale, FL  33329-7879 | | H | DATE INCURRED    1999<br>CONSIDERATION<br>Miscellaneous Purchases<br>REMARKS | | | | $500.00 |
| ACCT #:  3713-812865-5200<br>American Express<br>a/k/a Platinum Card<br>Sign &Travel / Special Purchase Account<br>P.O. Box 29-7879<br>Fort Lauderdale, FL  33329-7879 | | H | DATE INCURRED    1999<br>CONSIDERATION<br>Miscellaneous Purchases<br>REMARKS | | | | $1,646.95 |

_____13_____ continuation sheets attached

Total for this Page (Sub-Total) >   $8,800.75

Running Total >   $8,800.75

IN RE.   Christopher Lee Phillippe
_____
                Debtor

_____
           Joint Debtor

CASE NO _____
                              (If Known)

CHAPTER   7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 010528<br>Argus Security Systems, Inc.,<br>314 Ash<br>McAllen, TX 78501 | | H | DATE INCURRED   04/01/99<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $600.00 |
| ACCT #: 5897 1801 1000 0754<br>Associates Capital Bank<br>P.O. Box 9012<br>Des Moines, IA 50368-9012 | | H | DATE INCURRED   1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS. | | | | $27,729.69 |
| ACCT #: 004352<br>Automated Legal Systems, Inc.,<br>962 Coronado Blvd.,<br>Universal City, TX 78148-3228 | | H | DATE INCURRED   1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $760.40 |
| ACCT #: 5300-0003-0070-2202<br>Bank of America<br>Department # AZ9-503-02-16<br>P.O. Box 53105<br>Phoenix, AZ 3105 | | H | DATE INCURRED   1998<br>CONSIDERATION<br>Miscellaneous Purchases<br>REMARKS | | | | $5,796.84 |
| ACCT #: Variuos Invoices See Remarks<br>Bryant & Stingley, Inc.,<br>P.O. Box 3420<br>Harlingen, TX 78551-3420 | | H | DATE INCURRED   1999<br>CONSIDERATION.<br>Personal Guarantor<br>REMARKS<br>Invoice Numbers:  9114G; 9178G; 9217B; 9318M; 9287R;  and, 9127R | | | | $680.95 |
| ACCT #: 1237221-001<br>Caine & Weiner<br>P.O. Box 8500<br>Van Nuys, CA 91409-8500 | | H | DATE INCURRED   1999<br>CONSIDERATION<br>Collecting for -  Pitney Bowes Credit Corp *07<br>REMARKS<br>Personal Guarantor | | | | Notice Only |
| ACCT #: 676626-13-0.77<br>Capital Telecommunications, Inc.,<br>200 West Market Street<br>York, PA 17401-1008 | | H | DATE INCURRED   12/1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $905.00 |

Total for this Page (Sub-Total) >    $36,472.88

Running Total >     $45,273.63

IN RE.  Christopher Lee Phillippe
_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 164271003<br>CCH Incorporated<br>P.O. Box 4307<br>Carol Stream, IL  60197-4307 | | H | DATE INCURRED  March 2000<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $87.69 |
| ACCT #: 4099-0170380527<br>Chase Bank of Texas<br>P.O. Box 880102<br>Dallas, TX  75388-0102 | X | H | DATE INCURRED  01/13/98<br>CONSIDERATION<br>**Signature loan**<br>REMARKS | | | | $50,402.06 |
| ACCT #: 009157-00<br>Commercial Law League of America<br>150 North Michigan Ave, Suite 600<br>Chicago, IL  60601-7524 | | H | DATE INCURRED  2000<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $1,000.00 |
| ACCT #: 956-544-6096<br>Community Telephone Directory, L.L.C.<br>8435 Directors Row, Suite A<br>Dallas, TX  75247 | | H | DATE INCURRED  1997<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS.<br>1998 Mid-Valley | | | | $199.62 |
| ACCT #: 956-544-6096<br>Community Telephone Directory, L.L.C.<br>8435 Directors Row, Suite A<br>Dallas, TX  75247 | | H | DATE INCURRED  1997<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS<br>1997 McAllen | | | | $579.04 |
| ACCT #: 40097172<br>Conseco Finance Vendor Services Corp.<br>fna Green Tree Financial Services<br>P.O. Box 957<br>Paramus, NJ  07653 | X | H | DATE INCURRED  03/20/98<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $8,551.00 |
| ACCT #: 166<br>Corporate Express<br>P.O. Box 33265<br>Chicago, IL  60694-3265 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $92.20 |

Total for this Page (Sub-Total) >          $60,911.61

Running Total >          $106,185.24

IN RE. Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
                    (If Known)

CHAPTER   7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCT #: 117127194-1**<br>**CPL**<br>**P.O. Box 2121**<br>**Corpus Christi, TX  78403-2121** | | H | DATE INCURRED: 08/02/99<br>CONSIDERATION.<br>**Personal Services**<br>REMARKS | | | | $225.59 |
| **ACCT #: 7154279**<br>**CSC The United States Corporation**<br>**P.O. Box 13397**<br>**Philadelphia, PA  19101-3397** | | H | DATE INCURRED 06/02/98<br>CONSIDERATION.<br>**Personal Guarantor**<br>REMARKS· | | | | $523.44 |
| **ACCT #:**<br>**Custom Built Computers**<br>**3505 Boca Chica Blvd., Suite 163**<br>**Brownsville, TX  78520** | | · | DATE INCURRED. 1999&2000<br>CONSIDERATION.<br>**Personal Guarantor**<br>REMARKS | | | | $2,000.00 |
| **ACCT #: 0239937201**<br>**Deluxe Business Forms and Supplies**<br>**P.O. Box 64500**<br>**St. Paul, MN  55164-0500** | | H | DATE INCURRED· 1999<br>CONSIDERATION·<br>**Personal Guarantor**<br>REMARKS | | | | $307.66 |
| **ACCT #: 222999776**<br>**Department of Veterans Affairs**<br>**Debt Management Center**<br>**Bishop Henry Whipple Federal Building**<br>**P.O. Box 11930**<br>**St. Paul, MN  55111-1930** | | | DATE INCURRED· 1987<br>CONSIDERATION·<br>**Deficiency claim**<br>REMARKS | | | | $36,000.00 |
| **ACCT #:**<br>**Diana M. Woodman**<br>**Thompson Knight Brown Parker & Leahy**<br>**1200 Smith Street, Suite 3600**<br>**Houston, TX  77002** | | · | DATE INCURRED<br>CONSIDERATION<br>**Notice Only for West Group**<br>REMARKS·<br>Personal Guarantor | | | | Notice Only |
| **ACCT #: 6011-0084-3350-0961**<br>**Discover**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | | H | DATE INCURRED 1998<br>CONSIDERATION·<br>**Miscellaneous Purchases**<br>REMARKS | | | | $8,007.40 |

Total for this Page (Sub-Total) >                   $47,064.09

Running Total >                   $153,249.33

IN RE.  Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO  _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Eduardo V. Rodriguez<br>100 North Expressway 83<br>Brownsville, TX  78520 | | H | DATE INCURRED  1998<br>CONSIDERATION<br>Residual Interest in the firm & payments due Mr. R<br>REMARKS | | | | $200,000.00 |
| ACCT #.  2869<br>El Al Worldwide Litigition<br>3003 Carlisle, Suite 200<br>Dallas, TX  75204 | | H | DATE INCURRED  1998<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $230.63 |
| ACCT #:  895519986++11<br>Express I<br>1127 East 9th Street, Suite 111<br>Mission, TX  78572 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $105.70 |
| ACCT #:  1480-6717-1<br>Federal Express<br>P.O. Box 1140<br>Memphis, TN  38101-1140 | | H | DATE INCURRED  1999&2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $378.22 |
| ACCT #:  110337359<br>First Union Small Business Capital<br>P.O. Box 162247<br>Sacramento, CA  95816 | X | H | DATE INCURRED  04/16/99<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $315,261.02 |
| ACCT #.  DJ A903 3Q30<br>Ford Motor Credit<br>P. O. Box 64001 DJ<br>Dallas, TX  75364-0001 | X | H | DATE INCURRED  03/20/97<br>CONSIDERATION<br>Purchase money<br>REMARKS<br>Co-Debtor repossessed collateral. Co-Debtor Marc Longoria will continue making payments on collateral. | | | | $5,060.00 |
| ACCT #:  AD58661<br>Forwarders List of Attorneys<br>10 Lake Drive<br>Hightstown, NJ  08520 | | H | DATE INCURRED  1997<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $500.00 |

Total for this Page (Sub-Total) >  $521,535.57

Running Total >  $574,784.90

IN RE. Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER 7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 2900479<br>Harvard Collection Services, Inc.,<br>4839 N. Elston Avenue<br>Chicago, IL 60630-2534 | | H | DATE INCURRED 1999<br>CONSIDERATION<br>Collecting for - Southwestern Bell Co.<br>REMARKS<br>Personal Guarantor | | | | $108.91 |
| ACCT #: 2407 North 10th, Suites A & B<br>Ignacio Magana, M.D.<br>2403 North 10th Street, B-79<br>McAllen, TX 78501 | | H | DATE INCURRED 1998<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS. | | | | $14,355.00 |
| ACCT #: 8019250-70<br>International Bank of Commerce<br>P.O. Box 1831<br>Brownsville, TX 78520-1831 | X | H | DATE INCURRED: 10/06/98<br>CONSIDERATION·<br>Signature Loan<br>REMARKS | | | | $25,000.00 |
| ACCT #:<br>J & J Locksmith<br>34 Oro Circle<br>Brownsville, TX 78521 | | H | DATE INCURRED: 11/24/99<br>CONSIDERATION·<br>Personal Guarantor<br>REMARKS. | | | | $70.08 |
| ACCT #: 1663381<br>James Publishing, Inc.,<br>P.O. Box 25202<br>Santa Ana, CA 92799-5202 | | H | DATE INCURRED 08/03/99<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $107.98 |
| ACCT #: PH1150<br>Jones & Cook Stationers<br>106 S. Broadway<br>McAllen, TX 78501 | | H | DATE INCURRED. 08/04/99<br>CONSIDERATION.<br>Personal Guarantor<br>REMARKS. | | | | $121.36 |
| ACCT #: PHILLIPPE GR<br>Jones McClure Publishing, Inc.,<br>P.O. Box 3348<br>Houston, TX 77253-3348 | | H | DATE INCURRED 12/26/99<br>CONSIDERATION.<br>Personal Guarantor<br>REMARKS | | | | $59.48 |

Total for this Page (Sub-Total) >     $39,822.81

Running Total >     $714,607.71

IN RE.  Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No  6*

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  LINEB-BRO/PH<br>Jones McClure Publishing, Inc.,<br>P.O. Box 3348<br>Houston, TX  77253-3348 | | H | DATE INCURRED  01/01/00<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $59.48 |
| ACCT #:<br>June A. Mann<br>Balcom, Mann & Stevens, PC<br>550 Westcott Street, Suite 560<br>Houston, TX  77007 | | - | DATE INCURRED<br>CONSIDERATION<br>Notice Only - for Money Store<br>REMARKS | | | | Notice Only |
| ACCT #:  1114/115/R<br>KRIS Communications<br>P.O. Box 840<br>Corpus Christi, TX  78403 | | H | DATE INCURRED  09/30/97<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $1,326.00 |
| ACCT #:  9786922<br>Ladco Leasing<br>P.O. Box 5029<br>Thousand Oaks, CA  91359 | | H | DATE INCURRED  1998<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $152.40 |
| ACCT #:  9786920<br>Ladco Leasing<br>P.O. Box 5029<br>Thousand Oaks, CA  91359 | | H | DATE INCURRED  1998<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $152.40 |
| ACCT #:  9786921<br>Ladco Leasing<br>P.O. Box 5029<br>Thousand Oaks, CA  91359 | | H | DATE INCURRED  1998<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $152.40 |
| ACCT #:  444.0000<br>Law offices of Andrew K. Rozell<br>c/o Andrew K. Rozell<br>323 E. Jackson<br>Harlingen, TX  78550 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $1,301.51 |

Total for this Page (Sub-Total) >

Running Total >



IN RE.  Christopher Lee Phillippe
_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 7*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  867192<br>Lease Corporation of America<br>340 E. Big Beaver, Suite 560<br>Troy, MI 48083 | | H | DATE INCURRED   12/28/99<br>CONSIDERATION.<br>Personal Guarantor<br>REMARKS | | | | $41,422.46 |
| ACCT #:  No.  CL-31,459-D<br>Lee Rodgers, Individually and dba<br>Suburban Accent<br>Robert B. McLeaish Law Firm<br>100 East Hibiscus<br>McAllen, TX  78501 | | - | DATE INCURRED   08/11/1999<br>CONSIDERATION.<br>Summary Judgment - vs Phillippe & Rodriguez, PLLC<br>REMARKS. | | | | $900.00 |
| ACCT #:  Chris Phillippe<br>Legal Marketing Systems, Inc.,<br>P.O. Box 2009<br>Riverside, CA 92516 | | H | DATE INCURRED   1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS: | | | | $1,292.45 |
| ACCT #:  09020<br>Lone Star Overnight<br>P. O. Box 149225<br>Austin, TX  78714-9225 | | H | DATE INCURRED   2000<br>CONSIDERATION:<br>Personal Guarantor<br>REMARKS: | | | | $159.65 |
| ACCT #:  0426482<br>Long, Chilton, Payte & Hardin, LLP<br>P.O. Box 2959<br>Harlingen, TX 78551 | | H | DATE INCURRED   1999<br>CONSIDERATION·<br>Services Rendered<br>REMARKS: | | | | $525.00 |
| ACCT #:  B252<br>Long, Chilton, Payte & Hardin, LLP<br>Paysmart Payroll Service<br>745 E. St. Charles Street<br>Brownsville, TX  78520 | | H | DATE INCURRED.   2000<br>CONSIDERATION·<br>Personal Guarantor<br>REMARKS: | | | | $64.96 |
| ACCT #:  0021142-IN<br>Long, Chilton, Payte, Hardin, LLP<br>P.O. Box 2959<br>Harlingen, TX 78551 | | H | DATE INCURRED   12/31/99<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $3,410.00 |

Total for this Page (Sub-Total) >    $47,774.52

Running Total >    $65,526.42

IN RE.  Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 8*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  005012940400<br>Martindale-Hubbell<br>P.O. Box 7247-0292<br>Phila, PA  19170-0292 | | H | DATE INCURRED  1999 &2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS<br>1999 Martindale-Hubbell Subscription:  $3,117.28<br>2000 Martindale-Hubbell Subscription:  $4,067.28 | | | | $7,184.56 |
| ACCT #:  0000142177<br>Mathew Bender & Co. Inc.,<br>P. O. Box 22030<br>Albany, NY  12201-2030 | | H | DATE INCURRED  05/1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $3,408.20 |
| ACCT #:  749-84221-003-409<br>MBNA America<br>P. O. Box 15102<br>Wilmington, DE  19886-5102 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Unsecured credit line<br>REMARKS | | | | $39,354.69 |
| ACCT #:  749-84167-581-442<br>MBNA America<br>P. O. Box 15102<br>Wilmington, DE  19886-5102 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Unsecured line of credit<br>REMARKS | | | | $10,004.20 |
| ACCT #:<br>Melissa S. Hall<br>P.O. Box 2062<br>Mansfield, OH  44905 | | . | DATE INCURRED  2000<br>CONSIDERATION<br>Potential claim against firm<br>REMARKS | | | | $18,000.00 |
| ACCT #:  04 4198 86485 8<br>Neman Marcus<br>P.O. Box 720848<br>Dallas, TX  75372-0848 | | H | DATE INCURRED  1998<br>CONSIDERATION<br>Miscellaneous Purchases<br>REMARKS | | | | $1,692.42 |
| ACCT #:  8041057858<br>OSI Collection Services, Inc.,<br>P.O. Box 6110<br>Westerville, OH  43086-6110 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Collecting for -  United Parcel Service<br>REMARKS<br>Personal Guarantor | | | | Notice Only |

Total for this Page (Sub-Total) >  $79,644.07

Running Total >  $845,170.49

IN RE: Christopher Lee Phillippe

_____
                Debtor

_____

_____
            Joint Debtor

CASE NO _____
                        (If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 9*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 7434590 Schedule No. 502 <br> **Pitney Bowes Credit Corporation** <br> **27 Waterview Drive** <br> **Shelton, CT 06484-4361** | | H | DATE INCURRED **1998** <br> CONSIDERATION <br> **Personal Guarantor** <br> REMARKS | | | | $1,770.49 |
| ACCT #: 1237221 <br> **Pitney Bowes Credit Corporation** <br> **27 Waterview Drive** <br> **Shelton, CT 06484-4361** | | H | DATE INCURRED **1999** <br> CONSIDERATION <br> **Personal Guarantor** <br> REMARKS | | | | $435.14 |
| ACCT #: 810056238 <br> **Practitioners Publishing Company** <br> **P. O. Box 966** <br> **Fort Worth, TX 76101-0966** | | H | DATE INCURRED **05/28/99** <br> CONSIDERATION <br> **Personal Guarantor** <br> REMARKS | | | | $130.66 |
| ACCT #: <br> **Richard Hoffman** <br> **Attorney At Law** <br> **1718 Boca Chica Blvd.,** <br> **Brownsville, TX 78521** | | H | DATE INCURRED **1996** <br> CONSIDERATION <br> **Personal Guarantor** <br> REMARKS | | | | $12,000.00 |
| ACCT #: 956126 <br> **Roundtree Associates** <br> **P. O. Box 3330** <br> **Plymouth, MA 02361-3330** | | H | DATE INCURRED **1999&2000** <br> CONSIDERATION <br> **Collecting for - Soutwestern Bell Wireless** <br> REMARKS <br> **Personal Guarantor** | | | | Notice Only |
| ACCT #: 006357 <br> **Sarma Collections, Inc.,** <br> **c/o Argus Security Systems** <br> **1801 Broadway** <br> **San Antonio, TX 78215** | | - | DATE INCURRED **1998** <br> CONSIDERATION <br> **Collecting for - Argus Security Systems** <br> REMARKS <br> **Personal Guarantor** | | | | $612.11 |
| ACCT #: Suite 144 <br> **SBDB Properties, Inc.,** <br> **dba International Plaza** <br> **Attn: Fleming & Olvera, P.C.** <br> **1650 Paredes Line Road, Suite 102** <br> **Brownsville, TX 78521** | | H | DATE INCURRED **1999** <br> CONSIDERATION <br> **Personal Guarantor** <br> REMARKS | | | | $71,344.44 |

Total for this Page (Sub-Total) >   $86,292.84

Running Total >   $931,463.33

IN RE  Christopher Lee Phillippe

_____
                    Debtor

_____
                 Joint Debtor

CASE NO _____
                         (If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 10*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 1100057531<br>Shepard's<br>P. O. Box 790329<br>St. Louis, MO  63179-0329 | | H | DATE INCURRED  1999 &2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS<br>Texas Citations CD ROM Server IX | | | | $1,836.51 |
| ACCT #: 216201<br>Smart Corporation<br>P. O. Box 1812<br>Alpharetta, GA  30005-9901 | | H | DATE INCURRED  10/07/99<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $33.31 |
| ACCT #: 956-668-0690-577-7<br>Southwestern Bell Telephone<br>P.O. Box 4845<br>Houston, TX  77097-0080 | | H | DATE INCURRED  11/04/99<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $147.10 |
| ACCT #: 956-544-6096-519-6<br>Southwestern Bell Telephone<br>Bankrutpcy Dept.<br>P.O. Box 769<br>Arlington, TX  76004 | | H | DATE INCURRED  2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $761.88 |
| ACCT #: 750058847<br>Southwestern Bell Wireless<br>P.O. Box 4460<br>Houston, TX  77097-0082 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Wireless telephone service<br>REMARKS | | | | $648.55 |
| ACCT #: 708-8775-21003<br>Southwestern Bell Yellow Pages<br>P.O. Box 630052<br>Dallas, TX  75263-0052 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $3,903.91 |
| ACCT #  708-8775-21000<br>Southwestern Bell Yellow Pages<br>P.O. Box 630052<br>Dallas, TX  75263-0052 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $7,702.57 |

Total for this Page (Sub-Total) >          $15,033.83

Running Total >          $946,497.16

IN RE. Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 11*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 708-8775-21002<br>Southwestern Bell Yellow Pages<br>P.O. Box 500089<br>St. Louis, MO 63150-0089 | | H | DATE INCURRED. CONSIDERATION. 1999<br>Personal Guarantor<br>REMARKS. | | | | $5,507.60 |
| ACCT #: 956-544-6096<br>Southwestern Directory Co.<br>8435 Directors Row, Suite A<br>Dallas, TX 75247 | | H | DATE INCURRED CONSIDERATION 1997<br>Personal Guarantor<br>REMARKS.<br>1998 Brownsville | | | | $493.51 |
| ACCT #: 0000072849-4<br>Sprint<br>P.O. Box 219718<br>Kansas City, MO 64121-9718 | | H | DATE INCURRED CONSIDERATION: 01/17/2000<br>Personal Guarantor<br>REMARKS: | | | | $404.05 |
| ACCT #:<br>Tele-Care Communications<br>3505 Boca Chica Blvd., Suite 233<br>Brownsville, TX 78521 | | H | DATE INCURRED. CONSIDERATION. 1999<br>Personal Guarantor<br>REMARKS | | | | $2,282.87 |
| ACCT #: 300993<br>Texas State Bank<br>Attn: Special Assets Dept<br>3900 N. 10th Street<br>McAllen, TX 78501 | X | H | DATE INCURRED CONSIDERATION· 04/30/98<br>Unsecured credit line<br>REMARKS. | | | | $86,137.46 |
| ACCT #: 6589-1<br>The Columbia List<br>P. O. Box 425007<br>New Hyde Park, NY 11042-9820 | | H | DATE INCURRED CONSIDERATION 1999&2000<br>Personal Guarantor<br>REMARKS. | | | | $500.00 |
| ACCT #: 61403-1660<br>The Commercial Bar<br>P. O. Box 2430<br>Easton, MD 21601 | | H | DATE INCURRED CONSIDERATION 2000<br>Personal Guarantor<br>REMARKS. | | | | $597.50 |

Total for this Page (Sub-Total) >      $95,922.99

Running Total >      $102,420.15



IN RE.  Christopher Lee Phillippe
_____
                                    Debtor

_____
                                    Joint Debtor

CASE NO _____
              (If Known)

CHAPTER   7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 12*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 6239<br>The Sign Factory<br>P. O. Box 3104<br>Harlingen, TX  78551 | | H | DATE INCURRED   2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $568.32 |
| ACCT #:<br>Thomas J. Lallier<br>Foley & Mansfield<br>200 Lafayette Building<br>1108 Nicollet Mall<br>Minneapolis, MN  55403 | | - | DATE INCURRED<br>CONSIDERATION<br>Notice Only - for West Group<br>REMARKS | | | | Notice Only |
| ACCT #: 484<br>Toner Recycling & Service<br>2653 Sequoia Court<br>Brownsville, TX  78521 | | H | DATE INCURRED   1999&2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $562.08 |
| ACCT #:<br>Ultra Business Machines<br>20 E. Elizabeth Street<br>Brownsville, TX  78520 | | H | DATE INCURRED   1999&2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $951.97 |
| ACCT #: 8041057858<br>United Parcel Service<br>P.O. Box 4980<br>Hagerstown, MD  21747 | | - | DATE INCURRED   1999&2000<br>CONSIDERATION<br>Personal Guarantor<br>REMARKS | | | | $103.72 |
| ACCT #: 308<br>United Way of Southern Cameron County<br>P.O. Box 511<br>Brownsville, TX  78522-0511 | | | DATE INCURRED   1998<br>CONSIDERATION<br>Pledge<br>REMARKS | | | | $500.00 |
| ACCT #: P1866<br>Valley International Country Club<br>Los Campeones, Inc.,<br>P.O. Box 3850<br>Brownsville, TX  78523-3850 | | H | DATE INCURRED   1999&2000<br>CONSIDERATION<br>Association Dues<br>REMARKS | | | | $571.24 |

Total for this Page (Sub-Total) >   $3,257.33

Running Total >   $1,045,677.48

IN RE.  Christopher Lee Phillippe

_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  7

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 13*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  131-454-596<br>**West Group**<br>P.O. Box 64833<br>St. Paul, MN  55164-0833 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $76.86 |
| ACCT #:  161-243-214<br>**West Group**<br>P.O. Box 64833<br>St. Paul, MN  55164-0833 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $692.80 |
| ACCT #:  161-243-214 Current Service<br>**West Group**<br>P.O. Box 64833<br>St. Paul, MN  55164-0833 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $3,493.83 |
| ACCT #:<br>**Zun Computers**<br>P.O. Box 8404<br>Brownsville, TX 78526 | | H | DATE INCURRED  1999<br>CONSIDERATION<br>**Personal Guarantor**<br>REMARKS | | | | $1,472.20 |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br>REMARKS | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br>REMARKS | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br>REMARKS | | | | |

Total for this Page (Sub-Total) >  $5,735.69

Running Total >  $151,413.17

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**

CASE NO

CHAPTER  **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Conseco Finance Vendor Services Corp.**<br>P.O. Box 957<br>Paramus, N.J.  07653 | Panasonic Telephones - Telephone Tracking Accounting Systems<br>Contract was REJECTED |
| **Ignacio Magana, M.D.**<br>2403 North 10th Street, B-79<br>McAllen, TX  78501 | McAllen Office Lease<br>Contract was REJECTED |
| **International Plaza**<br>3505 Boca Chica Blvd., Leasing Office<br>Brownsville, TX  78521 | Office Lease<br>Contract was REJECTED<br>Contract is in DEFAULT |
| **Ladco Leasing**<br>P.O. Box 5029<br>Thousand Oaks, CA  91359 | Visa credit card machine lease<br>Edinburg Office<br>Contract was REJECTED<br>Contract is in DEFAULT |
| **Ladco Leasing**<br>P.O. Box 5029<br>Thousand Oaks, CA  91359 | Visa Credit Card Machine lease<br>McAllen Office<br>Contract was REJECTED<br>Contract is in DEFAULT |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER   7

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

*Continuation Sheet No. 1*

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Ladco Leasing**<br>P.O. Box 5029<br>Thousand Oaks, CA   91359 | Visa credit card machine lease<br>Brownsville office<br>Contract was REJECTED<br>Contract is in DEFAULT |
| **Mathew Bender & Co. Inc.,**<br>P. O. Box 22030<br>Albany, NY   12201-2030 | Electronic research materials<br>Contract was REJECTED<br>Contract is in DEFAULT |
| **Panasonic Communications & Systems**<br>P.O. Box 7023<br>Troy, MI   48007-7023 | Panasonic Copy lease<br>Contract was REJECTED<br>Contract is in DEFAULT |
| **Pitney Bowes Credit Corporation**<br>27 Waterview Drive<br>Shelton, CT   06484-4361 | Meter & Mailing Scale<br>Contract was REJECTED<br>Contract is in DEFAULT |
| **Shepard's**<br>P. O. Box 790329<br>St. Louis, MO   63179-0329 | Electronic Research materials<br>Contract was REJECTED<br>Contract is in DEFAULT |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

*Continuation Sheet No. 2*

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **West Group**<br>P.O. Box 64833<br>St. Paul, MN  55164-0833 | Electronic research access<br>Contract was REJECTED<br>Contract is in DEFAULT |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE H (CODEBTORS)

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Aliases: None | |
| Claudia Phillippe<br>307-3 McFadden Drive<br>Brownsville, TX  78520 | International Bank of Commerce<br>P.O. Box 1831<br>Brownsville, TX  78520-1831 |
| Claudia Phillippe<br>307-3 McFadden Drive<br>Brownsville, TX  78521 | BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ  85062-8103 |
| Claudia R. Phillippe<br>307-3 McFadden Drive<br>Brownsville, TX  78520 | First Union Small Business Capital<br>P.O. Box 162247<br>Sacramento, CA  95816 |
| Eddie Rodriguez<br>100 N. Expressway 83<br>Brownsville, TX  78520 | GMAC<br>P. O. Box 901025<br>Fort Worth, TX  76101-2009 |
| Eduardo V. Rodriguez<br>100 N. Expressway 83<br>Brownsville, TX  78520 | Conseco Finance Vendor Services Corp.<br>fna Green Tree Financial Services<br>P.O. Box 957<br>Paramus,  NJ  07653 |
| Eduardo V. Rodriguez<br>100 N. Expressway 83<br>Brownsville, TX  78520 | Chase Bank of Texas<br>P.O. Box 880102<br>Dallas, TX  75388-0102 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**

CASE NO

CHAPTER    7

## SCHEDULE H (CODEBTORS)
*Continuation Sheet No. 1*

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eduardo V. Rodriguez**<br>100 N. Expressway 83<br>Brownsville, TX  78520 | **Texas State Bank**<br>Attn:  Special Assets Dept<br>3900 N. 10th Street<br>McAllen, TX  78501 |
| **Gabriel M. Longoria**<br>2014 W. Knox<br>Harlingen, TX  78552 | **Ford Motor Credit**<br>P. O. Box 64001 DJ<br>Dallas, TX  75364-0001 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe

CASE NO

CHAPTER    7

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married**<br><br>Married | | | | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Attorney | |
| Name of Employer | Phillippe & Rodriguez, PLLC | |
| How Long Employed | Years | |
| Address of Employer | 307-3 McFadden Drive<br>Brownsville, Texas 78520 | |

| Income:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $5,000.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$5,000.00** | $0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $0.00 |
| B. Social Security Tax | $0.00 | $0.00 |
| C. Insurance | $0.00 | $0.00 |
| D. Union dues | $0.00 | $0.00 |
| E. Retirement | $0.00 | $0.00 |
| F. Other (specify)    Income Taxes | $1,400.00 | $0.00 |
| G. Other (specify)                   / | | |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$1,400.00** | $0.00 |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$3,600.00** | $0.00 |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
| 1. | $0.00 | $0.00 |
| 2. | $0.00 | $0.00 |
| 3. | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$3,600.00** | $0.00 |

## TOTAL COMBINED MONTHLY INCOME  $3,600.00

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**

CASE NO

CHAPTER    **7**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $971.56 |
| Are real estate taxes included?        ☐ Yes   ☑ No | |
| Is property insurance included?        ☐ Yes   ☑ No | |
| **Utilities:**  Electricity and heating fuel | $300.00 |
| Water and sewer | |
| Telephone | $200.00 |
| Other: | |
| Home maintenance (repairs and upkeep) | $100.00 |
| Food | $250.00 |
| Clothing | $150.00 |
| Laundry and dry cleaning | $80.00 |
| Medical and dental expenses (not covered by insurance) | $100.00 |
| Transportation (not including car payments) | $200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $77.27 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $76.05 |
| Life | $82.66 |
| Health | $142.00 |
| Auto | $115.00 |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto | $755.46 |
| Other: | |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $3,600.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income

B. Total projected monthly expenses (including separate spouse budget if applicable)

C. Excess income (A minus B)

D. Total amount to be paid into plan each                            (interval)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  **Christopher Lee Phillippe**

CASE NO

CHAPTER   7

## <u>SUMMARY OF SCHEDULES</u>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $85,000.00 | | |
| B - Personal Property | Yes | 5 | $36,720.26 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $113,806.33 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $17,904.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $1,051,413.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,600.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,600.00 |
| Total Number of Sheets of ALL Schedules  > | | 33 | | | |
| Total Assets  > | | | $121,720.26 | | |
| Total Liabilities  > | | | | $1,183,124.28 | |

*Richard Hoffman*
*Christopher Lee Phillippe*          09787200/6147
*Attorney At Law*
*307-3 McFadden Drive*
*Brownsville, TX 78520*
*(956) 544-6096*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

In re:                                    Case No.:
Christopher Lee Phillippe
Debtor                              **Numbered Listing of Creditors**

Address:
307-3 McFadden Drive               Chapter:   **7**
Brownsville, TX 78520

Social Security Number: **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**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | Adams & Graham, L.L.P.<br>P.O. Drawer 1429<br>Harlingen, TX 78551<br>160718-0Y | Unsecured Claim | $4,317.40 |
| 2. | Advanta National Bank<br>P.O. Box 509011<br>San Diego, CA 92150-9011<br>0011907474 | Secured Claim | $67,247.25 |
| 3. | Alegra Print & Imaging<br>fna Quick Print<br>2200 Boca Chica Blvd., Suite 146<br>Brownsville, TX 78521<br>01-0001802 | Unsecured Claim | $481.21 |
| 4. | America Online Incorporated<br>2200 Aol Way<br>Sterling, VA | Unsecured Claim | $300.00 |
| 5. | American Bar Association<br>541 North Fairbanks Court<br>Chicago, IL 60611-3314 | Unsecured Claim | $275.00 |
| 6. | American Express<br>a/k/a Platinum Card<br>P. O. Box 29-7879<br>Fort Lauderdale, FL 33329-7879<br>3713-812865-52000 | Unsecured Claim | $1,280.19 |

in re:    **Christopher Lee Phillippe**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  American Express<br>a/k/a Gold Card<br>P. O. Box 29-7879<br>Fort Lauderdale, FL  33329-7879<br>3728-097948-01005 | Unsecured Claim | $500.00 |
| 8.  American Express<br>a/k/a Platinum Card<br>Sign &Travel / Special Purchase Account<br>P.O. Box 29-7879<br>3713-812865-5200 | Unsecured Claim | $1,646.95 |
| 9.  Argus Security Systems. Inc.,<br>314 Ash<br>McAllen. TX  78501<br>010528 | Unsecured Claim | $600.00 |
| 10.  Associates Capital Bank<br>P.O. Box 9012<br>Des Moines. IA  50368-9012<br>5897 1801 1000 0754 | Unsecured Claim | $27,729.69 |
| 11.  Automated Legal Systems. Inc.,<br>962 Coronado Blvd.,<br>Universal City. TX  78148-3228<br>004352 | Unsecured Claim | $760.40 |
| 12.  Bank of America<br>Department # AZ9-503-02-16<br>P.O. Box 53105<br>Phoenix, AZ  3105<br>5300-0003-0070-2202 | Unsecured Claim | $5,796.84 |
| 13.  BMW Financial Services<br>P.O. Box 78103<br>Phoenix. AZ  85062-8103<br>2000199188 | Secured Claim | $23,419.26 |
| 14.  BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ  85062-8103<br>2000156191 | Secured Claim | $7,250.00 |
| 15.  Bryant & Stingley, Inc.,<br>P.O. Box 3420<br>Harlingen, TX  78551-3420<br>Variuos Invoices See Remarks | Unsecured Claim | $680.95 |

Page 2

in re:    **Christopher Lee Phillippe**

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | Debtor | Amount of claim |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.  Caine & Weiner<br>P.O. Box 8500<br>Van Nuys. CA  91409-8500<br>1237221-001 | Unsecured Claim | $0.00 |
| 17.  Capital Telecommunications. Inc.,<br>200 West Market Street<br>York, PA  17401-1008<br>676626-13-0.77 | Unsecured Claim | $905.00 |
| 18.  CCH Incorporated<br>P.O. Box 4307<br>Carol Stream, IL  60197-4307<br>164271003 | Unsecured Claim | $87.69 |
| 19.  Chase Bank of Texas<br>P.O. Box 880102<br>Dallas. TX  75388-0102<br>4099-0170380527 | Unsecured Claim | $50,402.06 |
| 20.  City of McAllen Tax Office<br>P.O. Box 52240-2240<br>McAllen, TX  78505<br>L212299000000A09 | Priority Claim | $29.90 |
| 21.  Commercial Law League of America<br>150 North Michigan Ave. Suite 600<br>Chicago, IL  60601-7524<br>009157-00 | Unsecured Claim | $1,000.00 |
| 22.  Community Telephone Directory, L.L.C.<br>8435 Directors Row, Suite A<br>Dallas, TX  75247<br>956-544-6096 | Unsecured Claim | $199.62 |
| 23.  Community Telephone Directory, L.L.C.<br>8435 Directors Row, Suite A<br>Dallas, TX  75247<br>956-544-6096 | Unsecured Claim | $579.04 |
| 24.  Conseco Finance Vendor Services Corp.<br>fna Green Tree Financial Services<br>P.O. Box 957<br>Paramus, NJ  07653<br>40097172 | Unsecured Claim | $8,551.00 |

in re:   **Christopher Lee Phillippe**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| | | Debtor | Case No (if known) |
| 25. | Corporate Express<br>P.O. Box 33265<br>Chicago, IL 60694-3265<br>166 | Unsecured Claim | $92.20 |
| 26. | CPL<br>P.O. Box 2121<br>Corpus Christi, TX 78403-2121<br>117127194-1 | Unsecured Claim | $225.59 |
| 27. | CSC The United States Corporation<br>P.O. Box 13397<br>Philadelphia, PA 19101-3397<br>7154279 | Unsecured Claim | $523.44 |
| 28. | Custom Built Computers<br>3505 Boca Chica Blvd., Suite 163<br>Brownsville, TX 78520 | Unsecured Claim | $2,000.00 |
| 29. | Deluxe Business Forms and Supplies<br>P.O. Box 64500<br>St. Paul, MN 55164-0500<br>0239937201 | Unsecured Claim | $307.66 |
| 30. | Department of Veterans Affairs<br>Debt Management Center<br>Bishop Henry Whipple Federal Building<br>222999776<br>St. Paul, MN 55111-1930 | Unsecured Claim | $36,000.00 |
| 31. | Diana M. Woodman<br>Thompson Knight Brown Parker & Leahy<br>1200 Smith Street, Suite 3600<br>Houston, TX 77002 | Unsecured Claim | $0.00 |
| 32. | Discover<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395<br>6011-0084-3350-0961 | Unsecured Claim | $8,007.40 |
| 33. | Eduardo V. Rodriguez<br>100 North Expressway 83<br>Brownsville, TX 78520 | Unsecured Claim | $200,000.00 |

in re:   **Christopher Lee Phillippe**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. El Al Worldwide Litigition<br>3003 Carlisle, Suite 200<br>Dallas, TX 75204<br>2869 | Unsecured Claim | $230.63 |
| 35. Express 1<br>1127 East 9th Street, Suite 111<br>Mission, TX 78572<br>895519986++11 | Unsecured Claim | $105.70 |
| 36. Federal Express<br>P.O. Box 1140<br>Memphis, TN 38101-1140<br>1480-6717-1 | Unsecured Claim | $378.22 |
| 37. First Union Small Business Capital<br>P.O. Box 162247<br>Sacramento, CA 95816<br>110337359 | Unsecured Claim | $315,261.02 |
| 38. Ford Motor Credit<br>P. O. Box 64001 DJ<br>Dallas, TX 75364-0001<br>DJ A903 3Q30 | Unsecured Claim | $5,060.00 |
| 39. Forwarders List of Attorneys<br>10 Lake Drive<br>Hightstown, NJ 08520<br>AD58661 | Unsecured Claim | $500.00 |
| 40. GMAC<br>P. O. Box 901025<br>Fort Worth, TX 76101-2009<br>084-1229-90944 | Secured Claim | $10,853.82 |
| 41. Harvard Collection Services, Inc.,<br>4839 N. Elston Avenue<br>Chicago, IL 60630-2534<br>2900479 | Unsecured Claim | $108.91 |
| 42. Ignacio Magana, M.D.<br>2403 North 10th Street, B-79<br>McAllen, TX 78501<br>2407 North 10th, Suites A & B | Unsecured Claim | $14,355.00 |

in re:   **Christopher Lee Phillippe**

| | | Debtor | | Case No. (if known) |
|---|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 43. | Internal Revenue Service<br>300 E. 8th St. STOP 5022AUS<br>Stop 5022AUS<br>Austin. TX  78701<br>74-2845680 | Priority Claim | $17,585.92 |
| 44. | International Bank of Commerce<br>P.O. Box 1831<br>Brownsville. TX  78520-1831<br>8019250-70 | Unsecured Claim | $25,000.00 |
| 45. | J & J Locksmith<br>34 Oro Circle<br>Brownsville. TX  78521 | Unsecured Claim | $70.08 |
| 46. | James Publishing. Inc.,<br>P.O. Box 25202<br>Santa Ana. CA  92799-5202<br>1663381 | Unsecured Claim | $107.98 |
| 47. | Jones & Cook Stationers<br>106 S. Broadway<br>McAllen. TX  78501<br>PH1150 | Unsecured Claim | $121.36 |
| 48. | Jones McClure Publishing. Inc.,<br>P.O. Box 3348<br>Houston, TX  77253-3348<br>PHILLIPPE GR | Unsecured Claim | $59.48 |
| 49. | Jones McClure Publishing, Inc.,<br>P.O. Box 3348<br>Houston, TX  77253-3348<br>LINEB-BRO/PH | Unsecured Claim | $59.48 |
| 50. | June A. Mann<br>Balcom, Mann & Stevens, PC<br>550 Westcott Street, Suite 560<br>Houston, TX  77007 | Unsecured Claim | $0.00 |
| 51. | KRIS Communications<br>P.O. Box 840<br>Corpus Christi. TX  78403<br>1114/115/R | Unsecured Claim | $1,326.00 |

In re:    **Christopher Lee Phillippe**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52.   Ladco Leasing<br>P.O. Box 5029<br>Thousand Oaks, CA 91359<br>9786922 | Unsecured Claim | $152.40 |
| 53.   Ladco Leasing<br>P.O. Box 5029<br>Thousand Oaks, CA 91359<br>9786920 | Unsecured Claim | $152.40 |
| 54.   Ladco Leasing<br>P.O. Box 5029<br>Thousand Oaks, CA 91359<br>9786921 | Unsecured Claim | $152.40 |
| 55.   Law offices of Andrew K. Rozell<br>c/o Andrew K. Rozell<br>323 E. Jackson<br>Harlingen, TX 78550<br>444.0000 | Unsecured Claim | $1,301.51 |
| 56.   Lease Corporation of America<br>340 E. Big Beaver, Suite 560<br>Troy, MI 48083<br>867192 | Unsecured Claim | $41,422.46 |
| 57.   Lee Rodgers, Individually and dba<br>Suburban Accent<br>Robert B. McLeaish Law Firm<br>No. CL-31,459-D<br>McAllen, TX 78501 | Unsecured Claim | $900.00 |
| 58.   Legal Marketing Systems, Inc.,<br>P.O. Box 2009<br>Riverside, CA 92516<br>Chris Phillippe | Unsecured Claim | $1,292.45 |
| 59.   Lone Star Overnight<br>P. O. Box 149225<br>Austin, TX 78714-9225<br>09020 | Unsecured Claim | $159.65 |
| 60.   Long, Chilton, Payte & Hardin, LLP<br>P.O. Box 2959<br>Harlingen, TX 78551<br>0426482 | Unsecured Claim | $525.00 |

Page 7

CUtePDF - www.texas.com

in re:   **Christopher Lee Phillippe**

| | Debtor | Case No. (if known) |
|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 61. | Long, Chilton, Payte & Hardin, LLP<br>Paysmart Payroll Service<br>745 E. St. Charles Street<br>Brownsville, TX 78520<br>B252 | Unsecured Claim | $64.96 |
| 62. | Long, Chilton, Payte, Hardin, LLP<br>P.O. Box 2959<br>Harlingen, TX 78551<br>0021142-IN | Unsecured Claim | $3,410.00 |
| 63. | Lori Gruver Robertson<br>Linebarger, Heard, Goggan, Blair<br>P.O. Box 17428<br>Austin, TX 78760-777<br>L2122-99-000-000A-09 | Priority Claim | $288.96 |
| 64. | Martindale-Hubbell<br>P.O. Box 7247-0292<br>Phila, PA 19170-0292<br>005012940400 | Unsecured Claim | $7,184.56 |
| 65. | Mathew Bender & Co. Inc..<br>P. O. Box 22030<br>Albany, NY 12201-2030<br>0000142177 | Unsecured Claim | $3,408.20 |
| 66. | MBNA America<br>P. O. Box 15102<br>Wilmington, DE 19886-5102<br>749-84221-003-409 | Unsecured Claim | $39,354.69 |
| 67. | MBNA America<br>P. O. Box 15102<br>Wilmington, DE 19886-5102<br>749-84167-581-442 | Unsecured Claim | $10,004.20 |
| 68. | Melissa S. Hall<br>P.O. Box 2062<br>Mansfield, OH 44905 | Unsecured Claim | $18,000.00 |
| 69. | Neman Marcus<br>P.O. Box 720848<br>Dallas, TX 75372-0848<br>04 4198 86485 8 | Unsecured Claim | $1,692.42 |

in re:   **Christopher Lee Phillippe**

| | Debtor | Case No. (if known) |
|---|---|---|
| **Creditor name and mailing address** | **Category of claim** | **Amount of claim** |
| 70. OSI Collection Services. Inc.. P.O. Box 6110 Westerville. OH 43086-6110 8041057858 | Unsecured Claim | $0.00 |
| 71. Panasonic Communications & Systems P.O. Box 7023 Troy. MI 48007-7023 007-1268239-000 | Secured Claim | $5,036.00 |
| 72. Pitney Bowes Credit Corporation 27 Waterview Drive Shelton. CT 06484-4361 7434590 Schedule No. 502 | Unsecured Claim | $1,770.49 |
| 73. Pitney Bowes Credit Corporation 27 Waterview Drive Shelton, CT 06484-4361 1237221 | Unsecured Claim | $435.14 |
| 74. Practitioners Publishing Company P. O. Box 966 Fort Worth, TX 76101-0966 810056238 | Unsecured Claim | $130.66 |
| 75. Richard Hoffman Attorney At Law 1718 Boca Chica Blvd., Brownsville, TX 78521 | Unsecured Claim | $12,000.00 |
| 76. Roundtree Associates P. O. Box 3330 Plymouth, MA 02361-3330 956126 | Unsecured Claim | $0.00 |
| 77. Sarma Collections, Inc., c/o Argus Security Systems 1801 Broadway San Antonio, TX 78215 006357 | Unsecured Claim | $612.11 |
| 78. SBDB Properties. Inc., dba International Plaza Attn: Fleming & Olvera, P.C. 1650 Paredes Line Road, Suite 102 Suite 144 | Unsecured Claim | $71,344.44 |

in re:   **Christopher Lee Phillippe**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79.   Shepard's<br>P. O. Box 790329<br>St. Louis, MO 63179-0329<br>1100057531 | Unsecured Claim | $1,836.51 |
| 80.   Smart Corporation<br>P. O. Box 1812<br>Alpharetta, GA 30005-9901<br>216201 | Unsecured Claim | $33.31 |
| 81.   Southwestern Bell Telephone<br>P.O. Box 4845<br>Houston, TX 77097-0080<br>956-668-0690-577-7 | Unsecured Claim | $147.10 |
| 82.   Southwestern Bell Telephone<br>Bankrutpcy Dept.<br>P.O. Box 769<br>Arlington, TX 76004<br>956-544-6096-519-6 | Unsecured Claim | $761.88 |
| 83.   Southwestern Bell Wireless<br>P.O. Box 4460<br>Houston, TX 77097-0082<br>750058847 | Unsecured Claim | $648.55 |
| 84.   Southwestern Bell Yellow Pages<br>P.O. Box 630052<br>Dallas, TX 75263-0052<br>708-8775-21003 | Unsecured Claim | $3,903.91 |
| 85.   Southwestern Bell Yellow Pages<br>P.O. Box 630052<br>Dallas, TX 75263-0052<br>708-8775-21000 | Unsecured Claim | $7,702.57 |
| 86.   Southwestern Bell Yellow Pages<br>P.O. Box 500089<br>St. Louis, MO 63150-0089<br>708-8775-21002 | Unsecured Claim | $5,507.60 |
| 87.   Southwestern Directory Co.<br>8435 Directors Row, Suite A<br>Dallas, TX 75247<br>956-544-6096 | Unsecured Claim | $493.51 |

in re: **Christopher Lee Phillippe**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| | Debtor | Case No. (if known) |
| 88. Sprint<br>P.O. Box 219718<br>Kansas City, MO 64121-9718<br>0000072849-4 | Unsecured Claim | $404.05 |
| 89. Tele-Care Communications<br>3505 Boca Chica Blvd., Suite 233<br>Brownsville, TX 78521 | Unsecured Claim | $2.282.87 |
| 90. Texas State Bank<br>Attn: Special Assets Dept<br>3900 N. 10th Street<br>McAllen, TX 78501<br>300993 | Unsecured Claim | $86,137.46 |
| 91. The Columbia List<br>P. O. Box 425007<br>New Hyde Park, NY 11042-9820<br>6589-1 | Unsecured Claim | $500.00 |
| 92. The Commercial Bar<br>P. O. Box 2430<br>Easton, MD 21601<br>61403-1660 | Unsecured Claim | $597.50 |
| 93. The Sign Factory<br>P. O. Box 3104<br>Harlingen, TX 78551<br>6239 | Unsecured Claim | $568.32 |
| 94. Thomas J. Lallier<br>Foley & Mansfield<br>200 Lafayette Building<br>1108 Nicollet Mall<br>Minneapolis, MN 55403 | Unsecured Claim | $0.00 |
| 95. Toner Recycling & Service<br>2653 Sequoia Court<br>Brownsville, TX 78521<br>484 | Unsecured Claim | $562.08 |
| 96. Ultra Business Machines<br>20 E. Elizabeth Street<br>Brownsville, TX 78520 | Unsecured Claim | $951.97 |

in re:   **Christopher Lee Phillippe**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 97.   United Parcel Service<br>P.O. Box 4980<br>Hagerstown, MD  21747<br>8041057858 | Unsecured Claim | $103.72 |
| 98.   United Way of Southern Cameron County<br>P.O. Box 511<br>Brownsville, TX  78522-0511<br>308 | Unsecured Claim | $500.00 |
| 99.   Valley International Country Club<br>Los Campeones, Inc.,<br>P.O. Box 3850<br>Brownsville, TX  78523-3850<br>P1866 | Unsecured Claim | $571.24 |
| 100.   West Group<br>P.O. Box 64833<br>St. Paul, MN  55164-0833<br>131-454-596 | Unsecured Claim | $76.86 |
| 101.   West Group<br>P.O. Box 64833<br>St. Paul, MN  55164-0833<br>161-243-214 | Unsecured Claim | $692.80 |
| 102.   West Group<br>P.O. Box 64833<br>St. Paul, MN  55164-0833<br>161-243-214 Current Service | Unsecured Claim | $3,493.83 |
| 103.   Zun Computers<br>P.O. Box 8404<br>Brownsville, TX  78526 | Unsecured Claim | $1,472.20 |

in re:   **Christopher Lee Phillippe**
_____

                                                    Debtor                                   Case No. (if known)
_____          _____

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **Christopher Lee Phillippe**_____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing _Numbered Listing of Creditors,_ consisting of ___13___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: _____          Date: 05/31/00

    Christopher Lee Phillippe

_____

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.

Page 13

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Bankruptcy Court
Southern District of Texas
ENTERED

APR 28 2000

Michael N. Milby, Clerk of Court

In Re:                                    §
PHILIPPE & RODRIGUEZ PLLC DBA             §
LAW OFFICES OF CHRISTOPHER LEE            §       CASE NO. 00-20659-B-11
PHILLIPPE, DBA PHILLIPPE GRISSOM          §       CHAPTER 11
BELTON & SULLIVAN DBA PHILLIPPE           §
BELTON SULLIVAN & CABLER, Debtor          §
                                          §
                                          §
THE MONEY STORE INVESTMENT                §
CORPORATION, its successors and/or        §
assigns, Movant                           §
                                          §
vs.                                       §
                                          §
PHILIPPE & RODRIGUEZ PLLC DBA             §
LAW OFFICES OF CHRISTOPHER LEE            §
PHILLIPPE, DBA PHILLIPPE GRISSOM          §
BELTON & SULLIVAN DBA PHILLIPPE           §
BELTON SULLIVAN & CABLER, Debtor          §
      Respondent                          §

**AGREED ORDER GRANTING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY**

The Court has considered the Motion for Relief from Automatic Stay filed in this bankruptcy

proceeding by Movant, **THE MONEY STORE INVESTMENT CORPORATION, its successors**

**and/or assigns.** No objections were filed in response to the Motion and all required notices of said Motion

have been properly served. It is therefore;

**ORDERED** that the automatic stay is hereby terminated as to Movant, to permit said creditor, its

successors and/or assigns to take any all steps necessary to exercise any and all rights it may have,

including immediate possession, in the collateral described as

ALL MACHINERY, EQUIPMENT, AND ACCOUNTS RECEIVABLE, ALL CONTRACT
RIGHTS, GENERAL INTANGIBLES, ACCOUNTS, CHATTEL PAPER, DOCUMENTS,
DEPOSIT ACCOUNTS, GOODS, INSURANCE POLICIES AND PROCEEDS, AND ALL BOOKS

BM&S NO \CLIENT TMSIC\LOAN NO 110137359\W \Bankruptcy\PLEADG\2000files\TMS Investment Corp\Rodriguez Phillippe\Motion 001.wpd



Debtor's
Exhibit "A"

RECEIVED
MAY 0 9 2000

36

AND RECORDS OF DEBTOR NOW IN FORCE OR HEREAFTER ACQUIRED, WHEREVER LOCATED, NOW OWNED, OR TO BE ACQUIRED, TOGETHER WITH ALL INCREASES TO AND REPLACEMENTS THEREOF. THE SECURITY INTEREST EXTENDS TO ALL PROCEEDS OF THE PROPERTY DESCRIBED HEREIN, INCLUDING, BUT NOT LIMITED TO, INSURANCE PROCEEDS RELATING TO THE ABOVE-DESCRIBED COLLATERAL AS FURTHER DESCRIBED IN THE ATTACHED DOCUMENTS.

It is further ORDERED that the requirements of Rule 4001(a)(3) are hereby waived.

SIGNED:  APR 8 2000 , 2000.

HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

Movant has Complied with Local Bankruptcy Rule 4001.

BALCOM, MANN & STEVENS, P.C.

By: _June A. Mann_
June A. Mann/TBA No. 12928400
550 Westcott Street, Suite 560
Houston, Texas 77007
(713) 293-3600
(713) 293-3636 (Facsimile)
ATTORNEYS FOR MOVANT

By: _Richard Hoffman_ *
Richard Hoffman/TBA No. 09787200
1718 Boca Chica
Brownsville, Texas 77007
(956) 544-2345
(956) 982-1909 (Facsimile)
ATTORNEYS FOR DEBTOR

* signed with permission
by June A. Mann

AND RECORDS OF DEBTOR NOW IN FORCE OR HEREAFTER ACQUIRED, WHEREVER LOCATED, NOW OWNED, OR TO BE ACQUIRED, TOGETHER WITH ALL INCREASES TO AND REPLACEMENTS THEREOF.   THE SECURITY INTEREST EXTENDS TO ALL PROCEEDS OF THE PROPERTY DESCRIBED HEREIN, INCLUDING, BUT NOT LIMITED TO, INSURANCE PROCEEDS RELATING TO THE ABOVE-DESCRIBED COLLATERAL AS FURTHER DESCRIBED IN THE ATTACHED DOCUMENTS.

It is further **ORDERED** that the requirements of Rule 4001(a)(3) are hereby waived.

SIGNED: _____ , 2000.

_____
HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

Movant has Complied with Local Bankruptcy Rule 4001.

BALCOM, MANN & STEVENS, P.C.

By: _____
June A. Mann/TBA No. 12928400
550 Westcott Street, Suite 560
Houston, Texas  77007
(713) 293-3600
(713) 293-3636 (Facsimile)
ATTORNEYS FOR MOVANT

By: _____
Richard Hoffman/TBA No. 09787200
1718 Boca Chica
Brownsville, Texas  77007
(956) 544-2345
(956) 982-1909 (Facsimile)
ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**FILED**

APR -7 2000

UNITED STATES
BANKRUPTCY COURT

| | | |
|---|---|---|
| In Re: | § | |
| PHILIPPE & RODRIGUEZ PLLC DBA | § | |
| LAW OFFICES OF CHRISTOPHER LEE | § | CASE NO. 00-20659-3-11 |
| PHILLIPPE, DBA PHILLIPPE GRISSOM | § | CHAPTER 11 |
| BELTON & SULLIVAN DBA PHILLIPPE | § | |
| BELTON SULLIVAN & CABLER, Debtor | § | |
| | § | |
| THE MONEY STORE INVESTMENT | § | |
| CORPORATION, its successors and/or | § | |
| assigns, Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| PHILIPPE & RODRIGUEZ PLLC DBA | § | |
| LAW OFFICES OF CHRISTOPHER LEE | § | |
| PHILLIPPE, DBA PHILLIPPE GRISSOM | § | |
| BELTON & SULLIVAN DBA PHILLIPPE | § | |
| BELTON SULLIVAN & CABLER, Debtor | § | |
| Respondents | § | |

MOTION OF THE MONEY STORE INVESTMENT CORPORATION
FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW THE MONEY STORE INVESTMENT CORPORATION, its successors and

assigns ("Movant"), to file this Motion for Relief from Automatic Stay ("Motion") against PHILIPPE &

RODRIGUEZ PLLC DBA LAW OFFICES OF CHRISTOPHER LEE PHILLIPPE, DBA

PHILLIPPE GRISSOM BELTON & SULLIVAN DBA PHILLIPPE BELTON SULLIVAN &

CABLER ("Debtor"), and in support thereof would show the Court as follows:

.Jurisdiction

1.      On or about **FEBRUARY 29, 2000**, Debtor filed a voluntary petition under Chapter 11

of the Bankruptcy Code.  Debtor is currently a Debtor in possession.

THIS STATEMENT IS PRESENTED TO A FILING OFFICER FOR FILING PURSUANT TO THE UNIFORM COMMERCIAL CODE.

11. ☐ CHECK TO REQUEST SAME DEBTOR SEARCH CERTIFICATE (INSTRUCTION 8.11)

TX-503

| 1. DEBTOR (IF PERSONAL) LAST NAME | FIRST NAME | M.I. | 1A. PREFIX | 1B. SUFFIX |
|---|---|---|---|---|
| Phillipps, Grissom, Belton & Sullivan, Attorneys at Law | | | | |

| 1C. MAILING ADDRESS | 1D. CITY, STATE | | 1E. ZIP CODE |
|---|---|---|---|
| 3505 Boca Chica Blvd., Suite 148 | Brownsville | TX | 78521 |

| 2. ADDITIONAL DEBTOR (IF PERSONAL) LAST NAME | FIRST NAME | M.I. | 2A. PREFIX | 2B. SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2C. MAILING ADDRESS | 2D. CITY, STATE | 2E. ZIP CODE |
|---|---|---|
| | | |

| 3. SECURED PARTY (IF PERSONAL) LAST NAME | FIRST NAME | M.I. |
|---|---|---|
| The Money Store Investment Corporation | | |

| 3A. MAILING ADDRESS | 3B. CITY, STATE | | 3C. ZIP CODE |
|---|---|---|---|
| P.O. Box 162287 | Sacramento | CA | 95816-2247 |

| 4. ADDITIONAL SECURED PARTY (IF ANY) | | |
|---|---|---|
| | | |

| 4A. MAILING ADDRESS | 4B. CITY, STATE | 4C. ZIP CODE |
|---|---|---|
| | | |

| 5. ORIGINAL FINANCING STATEMENT NUMBER | 6A. ORIGINAL DATE FILED | 6. CHECK IF APPLICABLE | THIS FINANCING STATEMENT CHANGE IS TO BE FILED IN THE REAL ESTATE RECORDS. ☐ NO. OF ADDITIONAL SHEETS PRESENTED |
|---|---|---|---|
| 99-056645 | 03/24/1999 | | |

7. A ☒ AMENDMENT – THE FINANCING STATEMENT IS AMENDED AS SET FORTH IN ITEM 8 BELOW. (INSTRUCTION 8.7(A))

B. ☐ TOTAL ASSIGNMENT – ALL OF SECURED PARTY'S RIGHTS UNDER THE FINANCING STATEMENT HAVE BEEN ASSIGNED TO THE ASSIGNEE WHOSE NAME AND ADDRESS ARE SET FORTH IN ITEM 8 BELOW. (INSTRUCTION 8.7(B))

C. ☐ PARTIAL ASSIGNMENT – SOME OF SECURED PARTY'S RIGHTS HAVE BEEN ASSIGNED TO THE ASSIGNEE SHOWN IN ITEM 8 BELOW. (INSTRUCTION 8.7(C))

D. ☐ CONTINUATION – THE ORIGINAL STATEMENT IS STILL EFFECTIVE. (INSTRUCTION 8.7(D))

E. ☐ TOTAL RELEASE – THE SECURED PARTY RELEASES ALL OF THEIR INTEREST IN THE COLLATERAL (INSTRUCTION 8.7(E))

F. ☐ PARTIAL RELEASE – THE SECURED PARTY RELEASES THE FOLLOWING COLLATERAL DESCRIBED IN ITEM 8 BELOW. (INSTRUCTION 8.7(F))

G. ☐ TERMINATION – THE SECURED PARTY(IES) OF RECORD NO LONGER CLAIMS A SECURITY INTEREST AND THE FINANCING STATEMENT IS TERMINATED. (INSTRUCTION 8.7(G))

8. Amend debtor name to: Phillippe & Rodriguez, P.L.L.C.

Ref: 370-201 LISTING

| 9. SIGNATURE(S) OF DEBTOR(S) | *Ruby Paulas* | as agent, LDS |
|---|---|---|

Phillippe, Grissom, Belton & Sullivan, Attorneys at Law

| SIGNATURE(S) OF SECURED PARTY(IES) | *April Truter* | as agent, LDS |
|---|---|---|

The Money Store Investment Corporation

4/16/99   02:36 PM
Texas Secretary of State
FILED

10. Return copy to:

NAME
ADDRESS
CITY
STATE
ZIP

99678760

91055386

STANDARD FORM – FORM UCC-3 (REV. 3/1/92) © 1992 OFFICE OF THE SECRETARY OF STATE OF TEXAS
REORDER FROM: Register's, Inc. 614 PIERCE ST. P.O. BOX 216 ANOKA, MN 55303

(1) FILING OFFICER COPY–NUMERICAL

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**

This Financing Statement is presented for filing pursuant to the Uniform Commercial Code

THIS SPACE FOR USE OF FILING OFFICER

**99-053645**

3/24/99   02:29 PM

**Texas Secretary of State**

**FILED**

A. NAME & TEL. # OF CONTACT AT FILER [optional]     B. FILING OFFICE ACCT. # [optional]

C. RETURN COPY TO: (Name and Mailing Address)

D. OPTIONAL DESIGNATION [if applicable] | LESSOR/LESSEE | CONSIGNOR/CONSIGNEE | NON-UCC FILING

TX-SOS

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b)

1a. ENTITY'S NAME

Phillippe, Grissom, Belton & Sullivan Attorneys at Law

OR

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 3505 Boca Chica Blvd. Suite 144 | Brownsville | TX | USA | 78521 |

| 1d. S.S. OR TAX I.D.# | OPTIONAL ADD'TL INFO RE ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITY'S ORGANIZATIONAL I.D.#, if any |
|---|---|---|---|---|
| 500380830 | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b)

2a. ENTITY'S NAME

OR

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE

2d. S.S. OR TAX I.D.# | OPTIONAL ADD'TL INFO RE ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITY'S ORGANIZATIONAL I.D.#, if any | ☐ NONE

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME** - insert only one secured party name (3a or 3b)

3a. ENTITY'S NAME

The Money Store Investment Corporation

OR

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| P.O. Box 162247 | Sacramento | CA | USA | 95816-2247 |

**4.** The FINANCING STATEMENT covers the following types or items of property:

All machinery, equipment, and accounts receivable, all contract rights, general
intangibles, accounts. chattel paper, documents, deposit accounts, goods, insurance
policies and proceeds, and all books and records of Debtor now in force or hereafter
acquired, wherever located, now owned, or to be acquired, together with all increases to
and replacements thereof. The security interest extends to all proceeds of the property
described herein, including but not limited to, insurance proceeds relating to the above
described collateral.

5. CHECK BOX ☐   This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest

7. If filed in Florida school, cost   ☐ Documentary   ☐ Documentary stamp
☐ stamp tax paid   ☐ stamp tax paid   ☐ tax not applicable

6. REQUIRED SIGNATURE(S)

Phillippe, Grissom, Belton &
Sullivan Attorneys at Law

as agent for LEXIS Document
Services, Attorney in fact

8. This FINANCING STATEMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Attach Addendum   ☐ [if applicable]

9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s)
[ADDITIONAL FEE]
[optional]   ☐ All Debtors   ☐ Debtor 1   ☐ Debtor 2

Register'd, Inc.

(1) FILING OFFICER COPY — NATIONAL FINANCING STATEMENT (FORM UCC1) (TRANS) (REV. 12/18/95)

Respectfully Submitted,

BALCOM, MANN & STEVENS, P.C.

By: _____

June A. Mann/TBA No. 12928400
550 Westcott Street, Suite 560
Houston, Texas 77007
(713) 293-3600
(713) 293-3636 (Facsimile)
ATTORNEYS FOR MOVANT

2.     This Court has jurisdiction of this Motion by virtue of 11 U.S.C. §§105, 361, and 362 and

28 U.S.C. §§1334 and 157 and all other applicable rules and statutes affecting this Court's jurisdiction.

## Factual Background

3.     Movant is the owner and holder of the following Commercial Security Agreement

("Security Agreement") covering certain collateral described as ALL MACHINERY, EQUIPMENT,

AND ACCOUNTS RECEIVABLE, ALL CONTRACT RIGHTS, GENERAL INTANGIBLES,

ACCOUNTS, CHATTEL PAPER, DOCUMENTS, DEPOSIT ACCOUNTS, GOODS, INSURANCE

POLICIES AND PROCEEDS, AND ALL BOOKS AND RECORDS OF DEBTOR NOW IN

FORCE OR HEREAFTER ACQUIRED, WHEREVER LOCATED as further described in the loan

documents ("Collateral"). Movant duly perfected its security interest in the Collateral.

## Debt and Collateral Description

4.     That certain Security Agreement in the original principal amount of $329,000.00, dated

APRIL 16, 1999 was executed by original mortgagor, PHILLIPPE & RODRIGUEZ, P.L.L.C., to THE

MONEY STORE INVESTMENT CORPORATION. Debtor is in default of its obligations to Movant

in that Debtor has failed to make the installment payments when due and owing pursuant to the terms of

the Security Agreement. As of APRIL 5, 2000, Debtor was in default on TWO (2) post-petition monthly

payments of $5,356.00 each. As of the date this bankruptcy was filed, the approximate payoff amount

owed by Debtor to Movant was $320,594.18. This sum includes principal balance and accrued interest,

but does not include attorneys' fees. Moreover, upon information and belief, Debtor desires to surrender

the Collateral.

5.     By failing to make the regular monthly installment payments due pursuant to the Note,

Debtor has not adequately protected Movant's interest in the Collateral. Therefore, cause exists for

terminating the automatic stay pursuant to 11 U.S.C. § 362(d). Further, the landlord where the Collateral

is located has already sought relief from the stay. It is imperative, therefore, that Movant obtain relief from the stay as soon as possible. Movant has no remedy available other than to seek relief from the automatic stay.

6. Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to be reimbursed under the terms of the Security Agreement.

7. Movant requests that any order granting a motion for relief from automatic stay in accordance with Rule 4001(a)(3) not be stayed until the expiration of 10 days after the entry of the order.

### Prayer for Relief

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that, upon considering this Motion, the automatic stay will be terminated as to Movant's claim permitting Movant to seek its statutory and other available remedies including, but not limited to, allowing Movant to take possession of its Collateral to the exclusion of Debtor, and to sell it and retain the proceeds from the sale, and allowing Movant leave of Court to file a deficiency claim; alternatively, that Movant be afforded adequate protection, including, but not limited to, (i) having all past-due monthly installments brought current on the Collateral, (ii) being reimbursed for its reasonable attorneys' fees and expenses as allowed by law and Security Agreement, and (iii) requiring Debtor to maintain full insurance coverage on the Collateral with Movant being named as loss payee and requiring Debtors to periodically provide proof of same to Movant, and that Movant be granted such other and further relief, both at law and in equity, as is just.

This STATEMENT IS PRESENTED TO A FILING OFFICER FOR FILING PURSUANT TO THE UNIFORM COMMERCIAL CODE.

11. ☐ CHECK TO REQUEST SAME DEBTOR SEARCH CERTIFICATE (INSTRUCTION 8.11)

| 1. DEBTOR (IF PERSONAL) LAST NAME | FIRST NAME | M.I. | 1A. PREFIX | 1B. SUFFIX |
|---|---|---|---|---|
| Phillippe, Grissom, Belton & Sullivan, Attorneys at Law | | | | |

| 1C. MAILING ADDRESS | 1D. CITY, STATE | | 1E. ZIP CODE |
|---|---|---|---|
| 3505 Boca Chica Blvd., Suite 344 | Brownsville      TX | | 78521 |

| 2. ADDITIONAL DEBTOR (IF PERSONAL) LAST NAME | FIRST NAME | M.I. | 2A. PREFIX | 2B. SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2C. MAILING ADDRESS | 2D. CITY, STATE | 2E. ZIP CODE |
|---|---|---|
| | | |

| 3. SECURED PARTY (IF PERSONAL) LAST NAME | FIRST NAME | M.I. |
|---|---|---|
| The Money Store Investment Corporation | | |

| 3A. MAILING ADDRESS | 3B. CITY, STATE | | 3C. ZIP CODE |
|---|---|---|---|
| P.O. Box 162247 | Sacramento      CA | | 95816-2247 |

| 4. ADDITIONAL SECURED PARTY (IF ANY) | | |
|---|---|---|
| | | |

| 4A. MAILING ADDRESS | 4B. CITY, STATE | 4C. ZIP CODE |
|---|---|---|
| | | |

| 5. ORIGINAL FINANCING STATEMENT NUMBER | 5A. ORIGINAL DATE FILED | 6. CHECK IF APPLICABLE | THIS FINANCING STATEMENT CHANGE IS TO BE FILED IN THE REAL ESTATE RECORDS. |
|---|---|---|---|
| 99-056645 | 03/24/1999 | ☐ | NO. OF ADDITIONAL SHEETS PRESENTED |

7. A. ☒ AMENDMENT – THE FINANCING STATEMENT IS AMENDED AS SET FORTH IN ITEM 9 BELOW. (INSTRUCTION 8.7(A))

B. ☐ TOTAL ASSIGNMENT – ALL OF SECURED PARTY'S RIGHTS UNDER THE FINANCING STATEMENT HAVE BEEN ASSIGNED TO THE ASSIGNEE WHOSE NAME AND ADDRESS ARE SET FORTH IN ITEM 9 BELOW. (INSTRUCTION 8.7(B))

C. ☐ PARTIAL ASSIGNMENT – SOME OF SECURED PARTY'S RIGHTS HAVE BEEN ASSIGNED TO THE ASSIGNEE SHOWN IN ITEM 9 BELOW. (INSTRUCTION 8.7(C))

D. ☐ CONTINUATION – THE ORIGINAL STATEMENT IS STILL EFFECTIVE. (INSTRUCTION 8.7(D))

E. ☐ TOTAL RELEASE – THE SECURED PARTY RELEASES ALL OF THEIR INTEREST IN THE COLLATERAL. (INSTRUCTION 8.7(E))

F. ☐ PARTIAL RELEASE – THE SECURED PARTY RELEASES THE FOLLOWING COLLATERAL DESCRIBED IN ITEM 9 BELOW. (INSTRUCTION 8.7(F))

G. ☐ TERMINATION – THE SECURED PARTY(IES) OF RECORD NO LONGER CLAIMS A SECURITY INTEREST AND THE FINANCING STATEMENT IS TERMINATED. (INSTRUCTION 8.7(G))

Amend debtor name to: Phillippe & Rodriguez, P.L.L.C.

Ref: 370-201 LISTING

| 8. SIGNATURE(S) OF DEBTOR(S) | Ruby Paula                    as agent, LDS | THIS SPACE FOR USE OF FILING OFFICER (DATE, TIME, NUMBER, FILING OFFICER) |
|---|---|---|
| | Phillippe, Grissom, Belton & Sullivan, Attorneys at Law | 4/16/99    02:36 PM |
| SIGNATURE(S) OF SECURED PARTY(IES) | April Truitt                    as agent, LDS | Texas Secretary of State |
| | The Money Store Investment Corporation | FILED |

10. Return copy to:

Return To:
LEXIS Document Services
801 Adlai Stevenson Drive
Springfield, IL  62703
Phone: (217) 541-5900

NAME
ADDRESS
CITY
STATE
ZIP

1506396  1

UCC-3 (REV. 9/1/92) © 1992 OFFICE OF THE SECRETARY OF STATE OF TEXAS
REORDER FROM: Register's, Inc.  614 PIERCE ST.  P.O. BOX 218  ANOKA, MN 553

**LEXIS Document Services**

For Courier: 801 Adlai Stevenson Drive, Springfield, Illinois 62703-4261
For Remittance: P.O. Box 2861, Springfield, Illinois 62708-2861
Telephone: 800-634-9738   FAX NO: 800-457-6269

Secretary of State, Texas
RETURN TO FEDEX FOR DAILY COURIER PACKAGE

Phillippe, Grissom, Bolton & Sullivan
Attorneys At Law
3505 Boca Chica Blvd., Suite 144
Brownsville, TX 78521
FEIN 50030030

Original UCC
Assist Form Prep
FILE WATCH
Search to Follow

COMPANY Surviving UPS To
FEDEX/SURVIVING PARTY (COMPLETE NAME, ADDRESS, CITY, STATE, AND ZIP)

ALLEN CLIFFORD
MONEY STORE INVESTMENT CORPORATION — FLAT FEE
2ND FLOOR SOUTH
2107 2ND STREET
WEST SACRAMENTO, CA   95605

Confirmation: FAX

Client # 370-281 LISTING
CUS/N 97492   03/23/1999
Letter & Filing
Phone: (916) 617-1893

Fax:

Origin: 99-0256-5  03/24/1999

| | |
|---|---|
| Services: | 10.00 |
| Disbursements: | 00.00 |
| Taxes: | 00.00 |
| Confirmation: | 3.00 |
| Courier Serv: | 12.00 |

| ORDER | PIECE | 1594-N | 1 | ACKNOWLEDGMENT | 03/31/1999 | EXTRA PAGES | 0 |
| PIECE | | | SENT | | PAGES BACK | 0 | |

CONFIRMATION

TOTAL   55.00

jov
R A member of the Reed Elsevier plc group

THIS SPACE FOR USE OF FILING OFFICIAL

**FINANC**
This Financia
and will run:
A. NAME &

C. RETU

Return To:
**LEXIS Document Serv ces**
801 Adlai Stevenson Drive
Springfield, IL 62703
Phone: (217) 544-5900

FULLY
Code

CCT. # (optional)

1502524 - 1

Search After
Debtor: Phillippe, Grissom, Bolton & Sulli a
Juris: Secretary of State, TX

(UP TO F) - ('J')

**99-056645**
3.24/99    02:29 PM
Texas Secretary of State

FILED

*99-056645*

D. OPTIONAL DESIGNATION (if applicable): ☐ LESSOR/LESSEE ☐ CONSIGNOR/CONSIGNEE ☐ NON-UCC FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | |
|---|---|---|---|
| Phillippe, Grissom, Bolton : Sullivan Attorneys at Law | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 1555 Boca Chica Blvd. Suite 145 | Brownsville | TX | USA | 78521 |

| 1d. S.S. OR TAX I.D.# | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITY'S ORGANIZATIONAL I.D.#, if any ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | |
|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. S.S. OR TAX I.D.# | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITY'S ORGANIZATIONAL I.D.#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME** - insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | |
|---|---|---|---|
| The Money Store Investment Corporation | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| P.O. Box 162347 | Sacramento | CA | USA | 95816-2347 |

**4. This FINANCING STATEMENT covers the following types or items of property:**

All machinery, equipment, and accounts receivable, all contract rights, general intangibles, accounts, chattel paper, documents, deposit accounts, goods, insurance policies and proceeds, and all books and records of Debtor now in force or hereafter acquired, wherever located, now owned, or to be acquired, together with all increases to and replacements thereof. The security interest extends to all proceeds of the property and other records, including, but not limited to, including proceeds relating to the above described collateral.

5. CHECK BOX    This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the If applicable   debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required)

7. ☐ If filed in Florida (check one) ☐ Documentary ☐ Documentary stamp stamp tax paid   tax not applicable

6. REQUIRED SIGNATURE(S)

as agent for LEXIS Document Services, Attorney in Fact

8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS   Attach Addendum   (if applicable)

9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

(2) ACKNOWLEDGMENT COPY — NATIONAL FINANCING STATEMENT (FORM UCC1) (TRAN 1) (REV. 12/18/95)

Prepared by LEXIS Document Services, Inc.
801 PRENER ST.
P.O. BOX 244

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  Christopher Lee Phillippe                                    CASE NO

*Debtor(s)*                                                        CHAPTER     7

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation   ($200.00 filing fee)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($160.00 filing fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as your continue to make payments under the plan.

4.  After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization  ($830.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer  ($200.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

## ACKNOWLEDGEMENT

I hereby certify that I have read this notice on this ___31st___ day of ___May___  ___2000___

*Christopher Lee Phillippe*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Bankruptcy Court
Southern District of Texas
FILED

JUN - ! 2000

Michael N. Milby, Clerk of Court

IN RE:  **Christopher Lee Phillippe**

CASE NO

**00-21576-B-7**

CHAPTER 7

*Debtor(s)*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___05|31|00___

Signature _____

*Christopher Lee Phillippe*

Date _____

Signature _____

Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, TX  78551


Advanta National Bank
P.O. Box 509011
San Diego, CA  92150-9011


Alegra Print & Imaging
fna Quick Print
2200 Boca Chica Blvd., Suite 146
Brownsville, TX  78521


America Online Incorporated
2200 Aol Way
Sterling, VA


American Bar Association
541 North Fairbanks Court
Chicago, IL  60611-3314


American Express
a/k/a Platinum Card
P. O. Box 29-7879
Fort Lauderdale, FL  33329-7879


American Express
a/k/a Gold Card
P. O. Box 29-7879
Fort Lauderdale, FL  33329-7879


American Express
a/k/a Platinum Card
Sign &Travel / Special Purchase Account
P.O. Box 29-7879
Fort Lauderdale, FL  33329-7879


Argus Security Systems, Inc.,
314 Ash
McAllen, TX  78501

Associates Capital Bank
P.O. Box 9012
Des Moines, IA  50368-9012


Automated Legal Systems, Inc.,
962 Coronado Blvd.,
Universal City, TX  78148-3228


Bank of America
Department # AZ9-503-02-16
P.O. Box 53105
Phoenix, AZ  3105


BMW Financial Services
P.O. Box 78103
Phoenix, AZ  85062-8103


Bryant & Stingley, Inc.,
P.O. Box 3420
Harlingen, TX  78551-3420


Caine & Weiner
P.O. Box 8500
Van Nuys, CA  91409-8500


Capital Telecommunications, Inc.,
200 West Market Street
York, PA  17401-1008


CCH Incorporated
P.O. Box 4307
Carol Stream, IL  60197-4307


Chase Bank of Texas
P.O. Box 880102
Dallas, TX  75388-0102

City of McAllen Tax Office
P.O. Box 52240-2240
McAllen, TX  78505


Commercial Law League of America
150 North Michigan Ave, Suite 600
Chicago, IL  60601-7524


Community Telephone Directory, L.L.C.
8435 Directors Row, Suite A
Dallas, TX  75247


Conseco Finance Vendor Services Corp.
fna Green Tree Financial Services
P.O. Box 957
Paramus,  NJ  07653


Conseco Finance Vendor Services Corp.
P.O. Box 957
Paramus, N.J.  07653


Corporate Express
P.O. Box 33265
Chicago, IL  60694-3265


CPL
P.O. Box 2121
Corpus Christi, TX  78403-2121


CSC The United States Corporation
P.O. Box 13397
Philadelphia, PA  19101-3397


Custom Built Computers
3505 Boca Chica Blvd., Suite 163
Brownsville, TX  78520

Deluxe Business Forms and Supplies
P.O. Box 64500
St. Paul, MN  55164-0500


Department of Veterans Affairs
Debt Management Center
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN  55111-1930


Diana M. Woodman
Thompson Knight Brown Parker & Leahy
1200 Smith Street, Suite 3600
Houston, TX  77002


Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395


Eduardo V. Rodriguez
100 North Expressway 83
Brownsville, TX  78520


El Al Worldwide Litigition
3003 Carlisle, Suite 200
Dallas, TX  75204


Express 1
1127 East 9th Street, Suite 111
Mission, TX  78572


Federal Express
P.O. Box 1140
Memphis, TN  38101-1140


First Union Small Business Capital
P.O. Box 162247
Sacramento, CA  95816

Ford Motor Credit
P. O. Box 64001 DJ
Dallas, TX  75364-0001


Forwarders List of Attorneys
10 Lake Drive
Hightstown, NJ  08520


GMAC
P. O. Box 901025
Fort Worth, TX  76101-2009


Harvard Collection Services, Inc.,
4839 N. Elston Avenue
Chicago, IL  60630-2534


Ignacio Magana, M.D.
2403 North 10th Street, B-79
McAllen, TX  78501


Internal Revenue Service
300 E. 8th St. STOP 5022AUS
Stop 5022AUS
Austin, TX  78701


International Bank of Commerce
P.O. Box 1831
Brownsville, TX  78520-1831


International Plaza
3505 Boca Chica Blvd., Leasing Office
Brownsville, TX  78521


J & J Locksmith
34 Oro Circle
Brownsville, TX  78521

James Publishing, Inc.,
P.O. Box 25202
Santa Ana, CA  92799-5202


Jones & Cook Stationers
106 S. Broadway
McAllen, TX  78501


Jones McClure Publishing, Inc.,
P.O. Box 3348
Houston, TX  77253-3348


June A. Mann
Balcom, Mann & Stevens, PC
550 Westcott Street, Suite 560
Houston, TX  77007


KRIS Communications
P.O. Box 840
Corpus Christi, TX  78403


Ladco Leasing
P.O. Box 5029
Thousand Oaks, CA  91359


Law offices of Andrew K. Rozell
c/o Andrew K. Rozell
323 E. Jackson
Harlingen, TX  78550


Lease Corporation of America
343 E. Big Beaver, Suite 560
Troy, MI  48083


Lee Rodgers, Individually and dba
Suburban Accent
Robert B. McLeaish Law Firm
100 East Hibiscus
McAllen, TX  78501

Legal Marketing Systems, Inc.,
P.O. Box 2009
Riverside, CA 92516


Lone Star Overnight
P. O. Box 149225
Austin, TX  78714-9225


Long, Chilton, Payte & Hardin, LLP
P.O. Box 2959
Harlingen, TX  78551


Long, Chilton, Payte & Hardin, LLP
Paysmart Payroll Service
745 E. St. Charles Street
Brownsville, TX  78520


Lori Gruver Robertson
Linebarger, Heard, Goggan, Blair
P.O. Box 17428
Austin, TX  78760-777


Martindale-Hubbell
P.O. Box 7247-0292
Phila, PA  19170-0292


Mathew Bender & Co. Inc.,
P. O. Box 22030
Albany, NY  12201-2030


MBNA America
P. O. Box 15102
Wilmington, DE  19886-5102


Melissa S. Hall
P.O. Box 2062
Mansfield, OH  44905

Neman Marcus
P.O. Box 720848
Dallas, TX  75372-0848


OSI Collection Services, Inc.,
P.O. Box 6110
Westerville, OH  43086-6110


Panasonic Communications & Systems
P.O. Box 7023
Troy, MI  48007-7023


Pitney Bowes Credit Corporation
27 Waterview Drive
Shelton, CT  06484-4361


Practitioners Publishing Company
P. O. Box 966
Fort Worth, TX  76101-0966


Richard Hoffman
Attorney At Law
1718 Boca Chica Blvd.,
Brownsville, TX  78521


Roundtree Associates
P. O. Box 3330
Plymouth, MA  02361-3330


Sarma Collections, Inc.,
c/o Argus Security Systems
1801 Broadway
San Antonio, TX  78215


SBDB Properties, Inc.,
dba International Plaza
Attn:  Fleming & Olvera, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX  78521

Shepard's
P. O. Box 790329
St. Louis, MO  63179-0329


Smart Corporation
P. O. Box 1812
Alpharetta, GA  30005-9901


Southwestern Bell Telephone
P.O. Box 4845
Houston, TX  77097-0080


Southwestern Bell Wireless
P.O. Box 4460
Houston, TX  77097-0082


Southwestern Bell Yellow Pages
P.O. Box 630052
Dallas, TX  75263-0052


Southwestern Bell Yellow Pages
P.O. Box 500089
St. Louis, MO  63150-0089


Southwestern Directory Co.
8435 Directors Row, Suite A
Dallas, TX  75247


Sprint
P.O. Box 219718
Kansas City, MO  64121-9718


Tele-Care Communications
3505 Boca Chica Blvd., Suite 233
Brownsville, TX  78521

Valley International Country Club
Los Campeones, Inc.,
P.O. Box 3850
Brownsville, TX  78523-3850


West Group
P.O. Box 64833
St. Paul, MN  55164-0833


Zun Computers
P.O. Box 8404
Brownsville, TX 78526

Texas State Bank
Attn:  Special Assets Dept
3900 N. 10th Street
McAllen, TX  78501


The Columbia List
P. O. Box 425007
New Hyde Park, NY 11042-9820


The Commercial Bar
P. O. Box 2430
Easton, MD  21601


The Sign Factory
P. O. Box 3104
Harlingen, TX  78551


Thomas J. Lallier
Foley & Mansfield
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN  55403


Toner Recycling & Service
2653 Sequoia Court
Brownsville, TX  78521


Ultra Business Machines
20 E. Elizabeth Street
Brownsville, TX  78520


United Parcel Service
P.O. Box 4980
Hagerstown, MD  21747


United Way of Southern Cameron County
P.O. Box 511
Brownsville, TX  78522-0511

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, | § | |
| ALICIA CESPEDES MADRAZO, | § | |
| DAVID & JUDITH CLEMENCE, | § | |
| ELISA P. DeSIUN aka ELISA P. CHAIX, | § | |
| SANDRA MADARIA, RONALD L. MANN, | § | |
| HECTOR ELIZONDO NAJERA, | § | |
| MARY PEABODY, | § | |
| WALTER E. PLITT, III, | § | |
| ADOLFO PUMAJERO, | § | |
| JEAN & H. REED SMITH, | § | |
| MARIA ESTHER SOTO, | § | |
| JORGE & BERTHA SUSTAETA, | § | |
| JUAN & MARIA DEL CARMEN CUADRA, | § | |
| PAUL & ROSALYN CHILTON, | § | CAUSE NO. B-00-173 |
| JAMES & LORRAINE DEWAR, | § | |
| CARLOS J. FLORES, | § | |
| HUMBERTO RUIZ GARZA, | § | |
| ANKJAER JANSEN, | § | |
| FOREST & ANN JOSTROM, | § | |
| JOHN S. LIGHT, ROBERT LIGHT, | § | |
| JOAQUIN & ANDELIA B. de MADERO, | § | |
| NORMAN & ELAINE MEISSNER, | § | |
| CHRISTOPHER L. PHILLIPE, | § | |
| ILA VIRGINIA PHILLIPPE, | § | |
| MONICA K. PIER, CHARLES & | § | |
| JESSIE RADLIFF, PETE DE LA ROSA, III, | § | |
| PATRICIA SMITH-WILLIS, | § | |
| HARRY O. WHITE, JR. and | § | |
| ALLEN & RUTH WOLFE | § | |
| | § | |
| VS. | § | |
| | § | |
| KEN PLASTERER and NANCY JEANETTE | § | |
| BAILEY, Each Individually, and LOS | § | |
| CAMPEONES, INC., Individually and dba | § | |
| VALLEY INN & COUNTRY CLUB | § | |

## ORDER SETTING HEARING ON DEFENDANTS' MEMORANDUM
## IN SUPPORT OF MOTION TO DISMISS

8

IT IS ORDERED that a hearing on DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AS BARRED BY DOCTRINE OF RES JUDICATA, COLLATERAL ESTOPPEL AND/OR JUDICIAL ESTOPPEL in the above-entitled and numbered cause is hereby set for oral hearing at _____a.m/p.m. on the _____day of _____, 2001, in the U.S. District Court for the Southern District of Texas, Brownsville, Division.

SIGNED this _____day of _____, 2001.


_____
JUDGE PRESIDING

9