United States District Court
Southern District of Texas
FILED

FEB 23 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, <br> ALICIA CESPEDES MADRAZO, <br> DAVID & JUDITH CLEMENCE, <br> ELISA P. DeSIUN aka ELISA P. CHAIX, <br> SANDRA MADARIA, RONALD L. MANN, <br> HECTOR ELIZONDO NAJERA, <br> MARY PEABODY, <br> WALTER E. PLITT, III, <br> ADOLFO PUMAJERO, <br> JEAN & H. REED SMITH, <br> MARIA ESTHER SOTO, <br> JORGE & BERTHA SUSTAETA, <br> JUAN & MARIA DEL CARMEN CUADRA, <br> PAUL & ROSALYN CHILTON, <br> JAMES & LORRAINE DEWAR, <br> CARLOS J. FLORES, <br> HUMBERTO RUIZ GARZA, <br> ANKJAER JANSEN, <br> FOREST & ANN JOSTROM, <br> JOHN S. LIGHT, ROBERT LIGHT, <br> JOAQUIN & ANDELIA B. de MADERO, <br> NORMAN & ELAINE MEISSNER, <br> CHRISTOPHER L. PHILLIPPE, <br> ILA VIRGINIA PHILLIPPE, <br> MONICA K. PIER, CHARLES & <br> JESSIE RADLIFF, PETE DE LA ROSA, III, <br> PATRICIA SMITH-WILLIS, <br> HARRY O. WHITE, JR. and <br> ALLEN & RUTH WOLFE <br><br> VS. <br><br> KEN PLASTERER and NANCY JEANETTE <br> BAILEY, Each Individually, and LOS <br> CAMPEONES, INC., Individually and dba <br> VALLEY INN & COUNTRY CLUB | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> CAUSE NO. B-00-173 |

### NOTICE OF WITHDRAWAL OF MOTIONS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants **Ken Plasterer and Nancy Jeannette Bailey, Each Individually and Los Campeones, Inc., Individually and d/b/a Valley Inn & County Club**, file this their Notice of Withdrawal, Without Prejudice, of Certain Motions heretofore filed by Defendants, and in connection therewith, would respectfully show the Court as follows:

1. On November 22, 2000, Defendants filed a document entitled "Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to Join Indispensable Parties and Plaintiffs' Failure to State a Claim". A true and correct copy of the said Motion is attached hereto as Exhibit "A".

2. On December 22, 2000, Defendants filed a document entitled "Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim". A true and correct copy of the said Motion is attached hereto as Exhibit "B".

3. On February 16, 2001, Defendants filed a document entitled "Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim Under RICO". A true and correct copy of the said Motion is attached hereto as Exhibit "C".

4. On February 16, 2001, Defendants filed a document entitled "Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim as Barred by the Doctrine Of *Res Judicata*, Collateral Estoppel and/or Judicial Estoppel." A true and correct copy of the said Motion is attached hereto as Exhibit "D".

5. Without waiving or relinquishing any of the assertions contained in the said Motions, Defendants now desire to withdraw such motions, without prejudice, so that the

assertions contained therein may be consolidated into a Motion for Summary Judgment which Defendants anticipate filing in the near future. In so withdrawing the said Motions, Defendants do not in any manner waive or relinquish their right to make the assertions contained in the said Motions by means of any future pleadings and/or Motions which they deem to be appropriate.

6. This Notice does not affect any other pending Motion which has heretofore been filed by Defendants, but only those specifically identified herein. Specifically, it does not affect Defendants' Motion for More Definite Statement, which is not hereby withdrawn.

          Respectfully submitted,

          RENTFRO, FAULK & BLAKEMORE, L.L.P.
          185 E. Ruben M. Torres, Sr. Blvd.
          Brownsville, Texas 78520-9136
          (956) 541-9600     Telephone
          (956) 541-9695     Facsimile

          _____
          William A. Faulk, Jr.
          Federal Bar No. 5944
          State Bar No. 06855000
          Roman "Dino" Esparza
          Federal Bar No. 22703
          State Bar No. 00795337

          ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on 23rd day of February, 2001, a true and correct copy of the foregoing Defendants' Notice of Withdrawal of Motions was mailed via Certified Mail, R.R.R., to:

Mr. Christopher Lee Phillippe
307-3 McFadden Dr.
Brownsville, Texas 78520

_____
William A. Faulk, Jr.