United States District Court
Southern District of Texas
FILED
MAR 0 8 2001
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. | § § § | |
| VS. | § § | C.A. No. B-00-173 |
| KEN PLASTERER and NANCY JEANETTE BAILEY, Each Individually, and LOS CAMPEONES, INC., Individually and dba VALLEY INN & COUNTRY CLUB | § § § § § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Los Campeones, Inc. Individually and dba Valley Inn & Country Club, Defendant in the above entitled and numbered cause, and respectfully requests leave of Court to allow William A. Faulk, Jr., to withdraw as attorney of record for the same. Los Campeones, Inc. Individually and dba Valley Inn & Country Club further requests leave of Court to allow Norton A. Colvin, Jr., of the law firm of Rodriguez, Colvin & Chaney, L.L.P. be substituted for Los Campeones, Inc. Individually and dba Valley Inn & Country Club.

WHEREFORE, PREMISES CONSIDERED, Defendant Los Campeones, Inc. Individually and dba Valley Inn & Country Club prays that Norton A. Colvin, Jr. of the law firm of Rodriguez, Colvin & Chaney, L.L.P. be substituted as attorney of record for Defendant, Los Campeones, Inc. Individually and dba Valley Inn & Country Club.

Respectfully submitted,

RENTFRO, FAULK & BLAKEMORE, L.L.P.

By: _____
William A. Faulk, Jr.
Attorney at Law
185 E. Ruben M. Torres, Sr., Blvd.
Brownsville, Texas 75820
956/541-9600
956/541-9695 – Fax

APPROVED:

_____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal I.D.#1941
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Fax: (956) 541-2170

## CERTIFICATE OF SERVICE

I certify that a copy of Motion for Substitution of Counsel was served on all counsel of record, to-wit:

      Christopher Phillippe
      Attorney at Law
      307-3 McFadden Drive
      Brownsville, Texas 78520

      Ernesto Gamez, Jr.
      Attorney at Law
      777 E. Harrison St.
      Brownsville, Texas 78520

by certified mail, return receipt requested, facsimile transmission and/or hand delivery pursuant to the Texas Rule of Civil Procedure on this the ___8___ day of ___March___, 2001.

_____
Norton A. Colvin, Jr.