IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. § § § | |
| VS. § § | C.A. No. B-00-173 |
| KEN PLASTERER and NANCY JEANETTE BAILEY, Each Individually, and LOS CAMPEONES, INC., Individually and dba VALLEY INN & COUNTRY CLUB § § § § | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day came to be considered Los Campeones, Inc., Individually and dba Valley Inn & Country Club's Motion for Substitution of Counsel (DOCKET NO. 22) and the Court after due consideration, hereby grants the same.

IT IS THEREFORE, ORDERED AND ADJUDGED that William A. Faulk, Jr., is hereby allowed to withdraw as attorney of record for Defendant Los Campeones, Inc., Individually and dba Valley Inn & Country Club and that Norton A. Colvin, Jr., of the law firm of Rodriguez Colvin & Chaney, L.L.P. be substituted as attorney of record for this Defendant.

SIGNED FOR ENTRY on this the 9th day of MARCH, 2001.

_____
JUDGE PRESIDING

23