27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2001

## ORDER

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-173 |
| KEN PLASTERER, ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL                           ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
THIS HEARING WILL NOT BE RESET

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **600 E. HARRISON STREET** **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **MAY 23, 2001 AT 2:00 P. M.** | **JUNE 21, 2001 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 24, 2001

TO:   MR. CHRISTOPHER LEE PHILLIPPE
       MR. WILLIAM A. FAULK, JR.
       MR. ERNESTO GAMEZ, JR.
       MR. NORTON A. COLVIN, JR.