28

United States District Court
Southern District of Texas
FILED

MAY 0 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, | § | |
| ALICE CESPEDES MADRAZO, | § | |
| DAVID & JUDITH CLEMENCE, | § | |
| ELISA P. De SIUN aka ELISA P. CHAIX, | § | |
| SANDRA MADARIA, | § | |
| RONALD L. MANN, | § | |
| HECTOR ELIZONDONAJERA | § | |
| MARY PEABODY, | § | |
| WALTER E. PLITT, III, | § | |
| ADOLFO PUMAJERO, | § | |
| JEAN & H. REED SMITH, | § | |
| MARIA ESTHER SOTO, | § | |
| JORGE & BERTHA SUSTAETA, | § | |
| JUAN & MARIA del CARMEN CAUDRA, | § | |
| PAUL & ROSALYN CHILTON, | § | CIVIL ACTION NO. B-00-173 |
| JAMES & LORRAINE DEWAR, | § | |
| CARLOS J. FLORES, | § | |
| HUMBERTO RUIZ GARZA, | § | |
| ANKJAER JANSEN, | § | |
| FOREST & ANN JOSTROM, | § | |
| JOHN S. LIGHT, | § | |
| ROBERT LIGHT, | § | PLAINTIFFS' MOTION |
| JOAQUIN & ANDELIA B. de MADERO, | § | FOR LEAVE TO AMEND |
| NORMAN & ELAINE MEISSNER, | § | ORIGINAL COMPLAINT |
| CHRISTOPHER L. PHILLIPPE, | § | |
| ILA VIRGINIA PHILLIPPE, | § | |
| MONICA K. PIER, | § | |
| CHARLES & JESSIE RADLIFF, | § | |
| PETE de la ROSA, III, | § | |
| PATRICIA SMITH-WILLIS, | § | |
| HARRY O. WHITE, Jr. | § | |
| and ALLEN & RUTH WOLFE | § | |
| | § | |
| VS. | § | |
| | § | |
| KEN PLASTERER and NANCY JEANETTE BAILEY | § | |
| Each Individually, and LOS CAMPEONES, INC., | § | |
| Individually and dba VALLEY | § | |
| INN & COUNTRY CLUB | § | |

**Comes now, Plaintiffs herein, and would show unto the Court the following:**

Plaintiffs have filed a complex civil RICO action, which includes a 42 U.S.C. § 1983 claim, as well as additional claims under pendent jurisdiction. Defendants have previously filed a Motion to Dismiss Plaintiffs' 42 U.S.C. § 1983 action. Counsel for Plaintiffs' has learned of a pending declaratory action in state court brought on behalf of Plaintiffs concerning allegations of violations of the Texas Condominium Act and the Texas Uniform Condominium Act. Counsel is of the belief that the 42 U.S.C. § 1983 claim, which alleges actions under color of state law, is more appropriately advanced in the state court declaratory action, rather than the present civil RICO action. In the interest of judicial economy and to properly narrow the issues before this Court, Plaintiffs request Leave of Court to Amend their Original Complaint to abandon Plaintiffs' 42 U.S.C. § 1983 claim as pled herein in conjunction with their civil RICO action.

RESPECTFULLY SUBMITTED,

_____
Christopher Phillippe
SBOT # 15915400
Christopher Phillippe
Attorney at Law
307-3 McFadden Drive,
Brownsville, Texas 78520
(956) 544-6096
(956) 982-1921

Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Defense Counsel and they are

_____ unopposed

___✓___ opposed

to Plaintiffs' Motion.

_____
Christopher Phillippe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Leave to Amend Complaint has been served upon Mr. Norton A. Colvin, Jr., of Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, P.O. Box 2155, Brownsville, Texas 78522; facsimile: (956) 541-2170; Mr. Ernesto Gamez, Jr., of the Law Offices of Ernest Gamez, Jr. P.C., 777 E. Harrison, Brownsville, Texas 78520-7118; facsimile: (956) 541-7694; and Mr. William A. Faulk, Jr. of Rentrfro, Faulk & Blakemore, L.L.P., 185 E. Ruben M. Torres, Sr. Blvd., Brownsville, Texas 78520-9135; facsimile: (956) 541-9695, either by facsimile, hand delivery, or certified mail, return receipt requested on this 3rd day of May, 2001.

_____
Christopher Phillippe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, § | |
| ALICE CESPEDES MADRAZO, § | |
| DAVID & JUDITH CLEMENCE, § | |
| ELISA P. De SIUN aka ELISA P. CHAIX, § | |
| SANDRA MADARIA, § | |
| RONALD L. MANN, § | |
| HECTOR ELIZONDONAJERA § | |
| MARY PEABODY, § | |
| WALTER E. PLITT, III, § | |
| ADOLFO PUMAJERO, § | |
| JEAN & H. REED SMITH, § | |
| MARIA ESTHER SOTO, § | |
| JORGE & BERTHA SUSTAETA, § | |
| JUAN & MARIA del CARMEN CAUDRA, § | |
| PAUL & ROSALYN CHILTON, § | CIVIL ACTION NO. B-00-173 |
| JAMES & LORRAINE DEWAR, § | |
| CARLOS J. FLORES, § | |
| HUMBERTO RUIZ GARZA, § | |
| ANKJAER JANSEN, § | |
| FOREST & ANN JOSTROM, § | |
| JOHN S. LIGHT, § | |
| ROBERT LIGHT, § | ORDER GRANTING |
| JOAQUIN & ANDELIA B. de MADERO, § | LEAVE TO AMEND |
| NORMAN & ELAINE MEISSNER, § | ORIGINAL COMPLAINT |
| CHRISTOPHER L. PHILLIPPE, § | |
| ILA VIRGINIA PHILLIPPE, § | |
| MONICA K. PIER, § | |
| CHARLES & JESSIE RADLIFF, § | |
| PETE de la ROSA, III, § | |
| PATRICIA SMITH-WILLIS, § | |
| HARRY O. WHITE, Jr. § | |
| and ALLEN & RUTH WOLFE § | |
| § | |
| VS. § | |
| § | |
| KEN PLASTERER and NANCY JEANETTE BAILEY§ | |
| Each Individually, and LOS CAMPEONES, INC., § | |
| Individually and dba VALLEY § | |
| INN & COUNTRY CLUB § | |

On this day came on for consideration the Plaintiffs' Motion to Amend their Original Complaint as to abandon or otherwise dismiss the previously pled claim under 42 U.S.C. § 1983. The Court having duly considered same, believes the motion is well taken. It is therefore

ORDERED that leave is granted to Plaintiffs' to Amend their Original Complaint so as to abandon Plaintiffs' 42 U.S.C. § 1983 claim.

SIGNED this _____ day of _____, 2001.

_____
JUDGE PRESIDING