29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-173 |
| KEN PLASTERER, ET AL. | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 23, 2001 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 7, 2001

TO:   MR. CHRISTOPHER LEE PHILLIPPE
      MR. WILLIAM A. FAULK, JR.
      MR. ERNESTO GAMEZ, JR.
      MR. NORTON A. COLVIN, JR.

ClibPDF - www.fastio.com