

30

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

MAY 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

ROBERT & GWENDOLYN BROOKS, §
ET AL.                       §
                             §
VS.                          §     CIVIL ACTION NO. B-00-173
                             §
KEN PLASTERER, ET AL.        §

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT**
THIS HEARING WILL NOT BE RESET

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:             CONTINUED TO DATE AND TIME:

**MAY 23, 2001 AT 2:00 P. M.**                  **JUNE 21, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 7, 2001

TO:   MR. CHRISTOPHER LEE PHILLIPPE
      MR. WILLIAM A. FAULK, JR.
      MR. ERNESTO GAMEZ, JR.
      MR. NORTON A. COLVIN, JR.