33

United States District Court
Southern District of Texas
FILED

JUN 2 1 2001

THE HONORABLE JOHN WM. BLACK

Michael N. Milby
Clerk of Court

HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT
AND HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CIVIL ACTION NO. B-00-173                DATE & TIME: 06-21-01 AT 1:30 P.M.

ROBERT & GWENDOLYN BROOKS,               PLAINTIFF(S)   CHRISTOPHER PHILLIPPE
ET AL.                                   COUNSEL

VS.

KEN PLASTERER, ET AL.                    DEFENDANT(S)   WILLIAM FAULK, JR.
                                         COUNSEL        ERNESTO GAMEZ, JR.
                                                        NORTON COLVIN, JR.

---

CSO: Dan Figueroa
ERO: Gabriel Mendieta

    Attorneys Christopher Phillippe, Sten Mireles, William Faulk, Jr., Dino Esparza, Ernesto Gamez, Jr., Norton Colvin, Jr., and Neil Norquest appeared.

    Plaintiffs to respond to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment on or before August 1, 2001.

    Plaintiffs are to file a copy of Proposed Amended Complaint.

    Defendants will file a response to Proposed Amended Complaint.

    Judge Black will prepare a Report and Recommendation for Judge Vela.