IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-00-173 |
| | § § | |
| KEN PLASTERER, ET AL. | § | |
| Defendants. | § | |

## ORDER

Upon consideration of Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to Join Indispensable Parties and Plaintiff's Failure to State a Claim (Docket No. 4), Plaintiffs' Motion for Leave to Amend Complaint (Docket No. 7), Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim (Docket No. 10), Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim Under RICO (Docket No. 19) and Defendants' Motion to Dismiss and Memorandum in Support of Motion to Dismiss for Failure to State a Claim as Barred by the Doctrine of Res Judicata, Collateral Estoppel and/or Judicial Estoppel (Docket No. 20) the Court finds that the above referenced Motions should be found MOOT.

IT IS THEREFORE **ORDERED** that these Motions are **MOOT**.

DONE at Brownsville, Texas, this 21st day of June, 2001.

John Wm. Black
United States Magistrate Judge