

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS <br> ALICIA CESPEDES MADRAZO, <br> DAVID & JUDITH CLEMENCE <br> ELISA P. DeSIUN aka ELISA P. CHAIX, <br> SANDRA MADARIA, RONALD L. MANN <br> HECTOR ELIZONDO NAJERA, <br> MARY PEABODY, <br> WALTER E. PLITT, III, <br> ADOLFO PUMAJERO, <br> JEAN & H. REED SMITH <br> MARIA ESTHER SOTO, <br> JORGE & BERTHA SUSTAETA, <br> JUAN & MARIA DEL CARMEN CUADRA <br> PAUL & ROSALYN CHILTON, <br> JAMES & LORRAINE DEWAR, <br> CARLOS J. FLORES <br> HUMBERTO RUIZ GARZA, <br> ANKJAER JANSEN, <br> FOREST & ANN JOSTROM, <br> JOHN S. LIGHT, ROBERT LIGHT, <br> JOAQUIN & ANDELIA B. de MADERO, <br> NORMAN & ELAINE MEISSNER, <br> CHRISTOPHER L. PHILLIPPE, <br> ILA VIRGINIA PHILLIPPE, <br> MONICA K. PIER, CHARLES & <br> JESSIE RADLIFF, PETER DE LA ROSA, III <br> PATRICIA SMITH-WILLIS, <br> HARRY O. WHITE, JR., and <br> ALLEN & RUTH WOLFE <br><br> VS. <br><br> KEN PLASTERER and NANCY JEANETTE <br> BAILEY, Each Individually, and LOS <br> CAMPEONES, INC., Individually and dba <br> VALLEY INN & COUNTRY CLUB | CIVIL ACTION NO. B-00-173 |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
## FOR LEAVE TO AMEND ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME KEN PLASTERER and NANCY JEANETTE BAILEY, each individually, and LOS CAMPEONES, INC., Individually and dba Valley Inn & Country

Club, Defendants in the above-entitled and numbered cause, and, in Response to Plaintiffs' Motion for Leave to Amend Original Complaint, would respectfully show the Court as follows:

[1]   Plaintiffs' Motion seeks leave to amend their Complaint in such a manner as to completely omit their 42 U.S.C. § 1983 claims. Plaintiffs do not seek leave to simply change or amend those claims, but to eliminate them entirely.

[2]   Prior to the filing of Plaintiffs' Motion seeking such leave, Defendants had filed a Motion for Summary Judgment upon such claims on the grounds that, *inter alia*, same were barred by limitations and that Defendants are not "state actors".

[3]   In their Motion for Leave, Plaintiffs candidly admit that it is their intention to re-file their 42 U.S.C. § 1983 claims in another forum – *i.e.*, state court. In essence, therefore, what Plaintiffs are attempting to do is to dismiss their 42 U.S.C. § 1983 claims in the face of a Motion for Summary Judgment so that such claims may be re-filed in another forum.

[4]   It is settled law that "a party should not be permitted to avoid an adverse decision on a dispositive motion by dismissing a claim without prejudice." Phillips USA, Inc. v. Allflex USA, Inc., 77 F.3d 354, 358 (10th Cir. 1996). See, also, Grover v. Eli Lilly & Co., 33 F.3d 716, 718 (6th Cir. 1994). Furthermore, a Court does not abuse its discretion in refusing to permit the amendment of a complaint after the opposing party has filed a motion for summary judgment upon the claim sought to be dismissed. See, Oversees Inns S.A.P.A. v. United States, 911 F.2d 1146, 1150-1151 (5th Cir. 1990); Pharo v. Smith, 621 F.2d 656, 664 (5th Cir. 1980), reh'g granted, cause remanded on other grounds, 625 F.2d 1226 (1980); Layfield v. Bill Heard Chevrolet Co., 607 F.2d 1097, 1098-1099 (5th Cir. 1979).

[5]     Accordingly, sound policy reasons exist for not permitting Plaintiffs to amend their Complaint in such manner as to effectively dismiss certain claims in the face of a summary judgment upon those claims and so that same may be re-filed in another forum.

WHEREFORE, Defendants pray that Plaintiffs' Motion for Leave to Amend Original Complaint be, in all things, DENIED. Defendants further pray for such other and further relief to which they may be entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
Federal Admissions No. 1941
State Bar No. 04632100
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
Tel: (956) 542-7441
Fax: (956) 541-2170

ATTORNEYS FOR DEFENDANT
LOS CAMPEONES, INC.

LAW OFFICES OF ERNEST GAMEZ, P.C.,

By: _____
Ernesto Gamez, Jr.
Federal Admissions No. 8645
State Bar No. 07606600
777 E. Harrison
Brownsville, Texas 78520-7118
Tel: (956) 541-3820
Fax: (956) 541-7694

ATTORNEYS FOR DEFENDANT NANCY JEANETTE BAILEY

RENTFRO, FAULK & BLAKEMORE, L.L.P.

By: _William A. Faulk_
    William A. Faulk, Jr. *w/ permission MCBatsell*
Federal Bar No. 5944
State Bar No. 06855000
Roman "Dino" Esparza
Federal Bar No. 22703
State Bar No. 00795337
185 E. Ruben M. Torres, Sr. Blvd.
Brownsville, Texas 78520-9136
Tel: (956) 541-9600
Fax: (956) 541-9695

ATTORNEYS FOR DEFENDANT
KEN PLASTERER

OF COUNSEL:

NORQUEST & BRISACK, L.L.P.

Neil E. Norquest
State Bar No. 15088500
Chris A. Brisack
State Bar No. 03008030
4900 North 10th Street, Bldg. A-2
McAllen, Texas 78504
Tel: (956) 682-3195
Fax: (956) 682-6693

## CERTIFICATE OF SERVICE

    I certify that on the 13th day of August, 2001, a true and correct copy of the foregoing was mailed to all counsel of record, to-wit:

    Christopher Lee Phillippe
    307-3 McFadden Dr.
    Brownsville, Texas 78520
    Attorney for Plaintiffs

via certified mail pursuant to the Federal Rules of Civil Procedure.

_Norton A. Colvin_
Norton A. Colvin, Jr. *w/ permission MCBatsell*