IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, | § | |
| ALICE CESPEDES MADRAZO, | § | |
| DAVID & JUDITH CLEMENCE, | § | |
| ELISA P. De SIUN aka ELISA P. CHAIX, | § | |
| SANDRA MADARIA, | § | |
| RONALD L. MANN, | § | |
| HECTOR ELIZONDONAJERA | § | |
| MARY PEABODY, | § | |
| WALTER E. PLITT, III, | § | |
| ADOLFO PUMAJERO, | § | |
| JEAN & H. REED SMITH, | § | |
| MARIA ESTHER SOTO, | § | |
| JORGE & BERTHA SUSTAETA, | § | |
| JUAN & MARIA del CARMEN CAUDRA, | § | |
| PAUL & ROSALYN CHILTON, | § | CIVIL ACTION NO. B-00-173 |
| JAMES & LORRAINE DEWAR, | § | |
| CARLOS J. FLORES, | § | |
| HUMBERTO RUIZ GARZA, | § | |
| ANKJAER JANSEN, | § | |
| FOREST & ANN JOSTROM, | § | |
| JOHN S. LIGHT, | § | |
| ROBERT LIGHT, | § | ORDER GRANTING |
| JOAQUIN & ANDELIA B. de MADERO, | § | LEAVE TO AMEND |
| NORMAN & ELAINE MEISSNER, | § | ORIGINAL COMPLAINT |
| CHRISTOPHER L. PHILLIPPE, | § | |
| ILA VIRGINIA PHILLIPPE, | § | |
| MONICA K. PIER, | § | |
| CHARLES & JESSIE RADLIFF, | § | |
| PETE de la ROSA, III, | § | |
| PATRICIA SMITH-WILLIS, | § | |
| HARRY O. WHITE, Jr. | § | |
| and ALLEN & RUTH WOLFE | § | |
| | § | |
| VS. | § | |
| | § | |
| KEN PLASTERER and NANCY JEANETTE BAILEY | § | |
| Each Individually, and LOS CAMPEONES, INC., | § | |
| Individually and dba VALLEY | § | |
| INN & COUNTRY CLUB | § | |

On this day came on for consideration the Plaintiffs' Motion to Amend their Original Complaint (Docket No. 36), as to abandon or otherwise dismiss the previously pled claim under 42 U.S.C. § 1983. The Court having duly considered same, believes the Motion is well taken.

IT IS THEREFORE **ORDERED** that leave is granted to Plaintiffs' to Amend their Original Complaint so as to abandon Plaintiffs' 42 U.S.C. § 1983 claim.

SIGNED this 16th day of August, 2001.

_____
John Wm. Black
United States Magistrate Judge