40

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

SEP 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-173 |
| KEN PLASTERER, ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                    DATE AND TIME:

**SEPTEMBER 25, 2001 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 12, 2001

TO:     MR. CHRISTOPHER LEE PHILLIPPE
         MR. WILLIAM A. FAULK, JR.
         MR. ERNESTO GAMEZ, JR.
         MR. NORTON A. COLVIN, JR.