4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 3 0 2001

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, ET AL. § § § | |
| VS. § § | CIVIL ACTION NO. B-00-173 |
| KEN PLASTERER and NANCY JEANETTE § BAILEY, Each Individually, and LOS § CAMPEONES, INC., Individually and dba § VALLEY INN & COUNTRY CLUB § | |

### ORDER GRANTING DEFENDANTS' MOTION TO SUPPLEMENT SUMMARY JUDGMENT EVIDENCE

On this day came to be Defendants' Motion to Supplement Summary Judgment Evidence *(DOCKET NO. 41)*, and the Court after due consideration, hereby grants the same.

IT IS THEREFORE, ORDERED AND ADJUDGED that Exhibits "A", "B", "C", and "D" attached to Defendants' Motion to Supplement Summary Judgment Evidence are hereby admitted into evidence in support of Defendants' Motion for Summary Judgment.

SIGNED FOR ENTRY on this the 29TH day of October, 2001.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE