45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, ) <br> ALICIA CESPEDES MADRAZO, ) <br> DAVID & JUDITH CLEMENCE, ) <br> ELISA P. SeSUIN aka ELISA P. CHAIX, ) <br> SANDRA MADARIA, RONALD L. MANN, ) <br> HECTOR ELIZONDO NAJERA, ) <br> MARY PEABODY, WALTER E. PLITT, III, ) <br> ADOLFO PUMAJERO, JEAN & H. REED ) <br> SMITH, MARIA ESTHER SOTO, ) <br> JORGE & BERTHA SUSTAETA, ) <br> JUAN & MARIA del CARMEN CUADRA, ) <br> PAUL & ROSALYN CHILTON, ) <br> JAMES & LORRAINE DEWAR, CARLOS J. ) <br> FLORES, HUMBERTO RUIZ GARZA, ) <br> ANKJAER JANSEN, FOREST & ANN ) <br> JOSTREM, JOHN S. LIGHT, ROBERT LIGHT, ) <br> JOAQUIN & ANDELIA B. de MADERO, ) <br> NORMAN & ELAINE MEISSNER, ) <br> CHRISTOPHER L. PHILLIPPE, ILA VIRGINIA ) <br> PHILLIPPE, MONICA K. PIER, CHARLES & ) <br> JESSIE RADLIFF, PETER DE LA ROSA, III, ) <br> PATRICIA SMITH-WILLIS, HARRY O. ) <br> WHITE, JR., and ALLEN & RUTH WOLFE ) <br> ) <br>     Plaintiffs, ) <br> ) <br> VS. ) <br> ) <br> KEN PLASTERER and NANCY JEANETTE ) <br> BAILEY, Each Individually, and LOS ) <br> CAMPEONES, INC., Individually and dba ) <br> VALLEY INN & COUNTRY CLUB. ) <br> ) | CIVIL ACTION NO. B-00-173 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the

above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 is hereby GRANTED. This case is DISMISSED in its entirety.

DONE at Brownsville, Texas this 19th day of December, 2001

Filemon B. Vela
United States District Judge