IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, § <br> ALICE CESPEDES MADRAZO, § <br> DAVID & JUDITH CLEMENCE, § <br> ELISA P. De SIUN aka ELISA P. CHAIX, § <br> SANDRA MADARIA, § <br> RONALD L. MANN, § <br> HECTOR ELIZONDONAJERA § <br> MARY PEABODY, § <br> WALTER E. PLITT, III, § <br> ADOLFO PUMAJERO, § <br> JEAN & H. REED SMITH, § <br> MARIA ESTHER SOTO, § <br> JORGE & BERTHA SUSTAETA, § <br> JUAN & MARIA del CARMEN CAUDRA, § <br> PAUL & ROSALYN CHILTON, § <br> JAMES & LORRAINE DEWAR, § <br> CARLOS J. FLORES, § <br> HUMBERTO RUIZ GARZA, § <br> ANKJAER JANSEN, § <br> FOREST & ANN JOSTROM, § <br> JOHN S. LIGHT, § <br> ROBERT LIGHT, § <br> JOAQUIN & ANDELIA B. de MADERO, § <br> NORMAN & ELAINE MEISSNER, § <br> CHRISTOPHER L. PHILLIPPE, § <br> ILA VIRGINIA PHILLIPPE, § <br> MONICA K. PIER, § <br> CHARLES & JESSIE RADLIFF, § <br> PETE de la ROSA, III, § <br> PATRICIA SMITH-WILLIS, § <br> HARRY O. WHITE, Jr. § <br> and ALLEN & RUTH WOLFE § <br><br> VS. § <br><br> KEN PLASTERER and § <br> NANCY JEANETTE BAILEY, § <br> Each Individually, and § <br> LOS CAMPEONES, INC., § <br> Individually and dba VALLEY § <br> INN & COUNTRY CLUB § | United States District Court <br> Southern District of Texas <br> FILED <br><br> DEC 21 2001 <br><br> Michael N. Milby <br> Clerk of Court <br><br> Case No. B-00-173 <br><br><br><br> NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Robert & Gwendolyn Brooks, Alice Cespedes Madrazo, David & Judith Clemence, Elisa P. De Siun Aka Elisa P. Chaix, Sandra Madaria, Ronald L.

Mann, Hector Elizondo Najera, Mary Peabody, Walter E. Plitt, Iii, Adolfo Pumajero, Jean & H. Reed Smith, Maria Esther Soto, Jorge & Bertha Sustaeta, Juan & Maria Del Carmen Caudra, Paul & Rosalyn Chilton, James & Lorraine Dewar, Carlos J. Flores, Humberto Ruiz Garza, Ankjaer Jansen, Forest & Ann Jostrom, John S. Light, Robert Light, Joaquin & Andelia B. De Madero, Norman & Elaine Meissner, Christopher L. Phillippe, Ila Virginia Phillippe, Monica K. Pier, Charles & Jessie Radliff, Pete De La Rosa, Iii, Patricia Smith-Willis, Harry O. White, Jr., and Allen & Ruth Wolfe in the above case, hereby appeal to the United States Court of Appeals for the 5th Circuit from the final judgment entered in this action on the 19th day of December, 2001.

                          Respectfully submitted,

                          **Christopher Lee Phillippe, Attorney at Law**
                          307-3 McFadden Drive
                          Brownsville, TX 78521
                          (956) 544-6096
                          (956) 982-1921

            By:_____
                          Christopher Lee Phillippe,
                          Attorney
                          Federal Bar No. 709
                          State Bar No. 15915400/709

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice of Appeal has been served upon Mr. Norton A. Colvin, Jr., of Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, P.O. Box 2155, Brownsville, Texas 78522; facsimile: (956) 541-2170; Mr. Ernesto Gamez, Jr., of the Law Offices of Ernest Gamez, Jr. P.C., 777 E. Harrison, Brownsville, Texas 78520-7118; facsimile: (956) 541-7694; and Mr. William A. Faulk, Jr. of Rentrfro, Faulk & Blakemore, L.L.P., 185 E. Ruben M. Torres, Sr. Blvd., Brownsville, Texas 78520-9135; facsimile: (956) 541-9695, either by facsimile, hand delivery, or certified mail, return receipt requested on this __21__ day of December, 2001.

Christopher Lee Phillippe