United States District Court
Southern District of Texas
FILED

MAR 13 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT G. BROOKS, ET AL | § | CA B-00-173 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | JUNE 21, 2001 |
| KEN PLASTERER, ET AL | § | 1:49 P.M. TO 2:09 P.M. |

MOTION HEARING

BEFORE THE HON. JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                    SEE NEXT PAGE

For the Defendant:                    SEE NEXT PAGE

Court Recorder:                       Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
713.697.4718 (office)
713.697.4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.