IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

ROBERT & GWENDOLYN BROOKS, §
ALICE CESPEDES MADRAZO, §
DAVID & JUDITH CLEMENCE, §
ELISA P. De SIUN aka ELISA P. CHAIX, §
SANDRA MADARIA, §
RONALD L. MANN, §
HECTOR ELIZONDONAJERA §
MARY PEABODY, §
WALTER E. PLITT, III, §
ADOLFO PUMAJERO, §
JEAN & H. REED SMITH, §
MARIA ESTHER SOTO, §
JORGE & BERTHA SUSTAETA, §
JUAN & MARIA del CARMEN CAUDRA, §
PAUL & ROSALYN CHILTON, §       CAUSE NO. . B-00-173
JAMES & LORRAINE DEWAR, §
CARLOS J. FLORES, §
HUMBERTO RUIZ GARZA, §
ANKJAER JANSEN, §
FOREST & ANN JOSTROM, §
JOHN S. LIGHT, §
ROBERT LIGHT, §
JOAQUIN & ANDELIA B. de MADERO, §
NORMAN & ELAINE MEISSNER, §
CHRISTOPHER L. PHILLIPPE, §
ILA VIRGINIA PHILLIPPE, §
MONICA K. PIER, §
CHARLES & JESSIE RADLIFF, §
PETE de la ROSA, III, §
PATRICIA SMITH-WILLIS, §
HARRY O. WHITE, Jr. §
and ALLEN & RUTH WOLFE §

VS. §

KEN PLASTERER and §
NANCY JEANETTE BAILEY, §
Each Individually, and §
LOS CAMPEONES, INC., §
Individually and dba VALLEY §
INN & COUNTRY CLUB §

## MOTION TO WITHDRAW NOTICE OF APPEAL
## AND TO DISMISS

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

**NOW COME** Appellants, ROBERT & GWENDOLYN BROOKS, ALICE CESPEDES MADRAZO, DAVID & JUDITH CLEMENCE, ELISA P. De SIUN aka ELISA P. CHAIX, SANDRA MADARIA, RONALD L. MANN, HECTOR ELIZONDONAJERA, MARY PEABODY, WALTER E. PLITT, III, ADOLFO PUMAJERO, JEAN & H. REED SMITH, MARIA ESTHER SOTO, JORGE & BERTHA SUSTAETA, JUAN & MARIA del CARMEN CAUDRA, PAUL & ROSALYN CHILTON, JAMES & LORRAINE DEWAR, CARLOS J. FLORES, HUMBERTO RUIZ GARZA, ANKJAER JANSEN, FOREST & ANN JOSTROM, JOHN S. LIGHT, ROBERT LIGHT, JOAQUIN & ANDELIA B. de MADERO, NORMAN & ELAINE MEISSNER, CHRISTOPHER L. PHILLIPPE, ILA VIRGINIA PHILLIPPE, MONICA K. PIER, CHARLES & JESSIE RADLIFF, PETE de la ROSA, III, PATRICIA SMITH-WILLIS, HARRY O. WHITE, Jr. and ALLEN & RUTH WOLFE; and bring this Motion to Withdrawal Notice of Appeal and to Dismiss, and in support thereof, show the Court the following:

I.

Appellants no longer wish to pursue further litigation in this matter, and have instructed counsel to file this withdrawal and to dismiss.

### Request for Relief

The Court of Appeals may Withdraw Appellants Notice of Appeal and to Dismiss.

RESPECTFULLY SUBMITTED,

Christopher Lee Phillippe
Attorney at Law
307-3 McFadden Drive
Brownsville, Texas 78520
Phone: (956) 544-6096
Facsimile: (956) 982-1921

_____
Christopher Phillippe
Fed. Bar #709
State Bar # 15915400
Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw Notice of Appeal and to Dismiss has been served upon Mr. Norton A. Colvin, Jr., of Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, P.O. Box 2155, Brownsville, Texas 78522; facsimile: (956) 541-2170; Mr. Ernesto Gamez, Jr., of the Law Offices of Ernest Gamez, Jr. P.C., 777 E. Harrison, Brownsville, Texas 78520-7118; facsimile: (956) 541-7694; and Mr. William A. Faulk, Jr. of Rentrfro, Faulk & Blakemore, L.L.P., 185 E. Ruben M. Torres, Sr. Blvd., Brownsville, Texas 78520-9135; facsimile: (956) 541-9695, either by facsimile, hand delivery, or certified mail, return receipt requested on this 19th day of June, 2002.

_____
Christopher Lee Phillippe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS, <br> ALICE CESPEDES MADRAZO, <br> DAVID & JUDITH CLEMENCE, <br> ELISA P. De SIUN aka ELISA P. CHAIX, <br> SANDRA MADARIA, <br> RONALD L. MANN, <br> HECTOR ELIZONDONAJERA <br> MARY PEABODY, <br> WALTER E. PLITT, III, <br> ADOLFO PUMAJERO, <br> JEAN & H. REED SMITH, <br> MARIA ESTHER SOTO, <br> JORGE & BERTHA SUSTAETA, <br> JUAN & MARIA del CARMEN CAUDRA, <br> PAUL & ROSALYN CHILTON, <br> JAMES & LORRAINE DEWAR, <br> CARLOS J. FLORES, <br> HUMBERTO RUIZ GARZA, <br> ANKJAER JANSEN, <br> FOREST & ANN JOSTROM, <br> JOHN S. LIGHT, <br> ROBERT LIGHT, <br> JOAQUIN & ANDELIA B. de MADERO, <br> NORMAN & ELAINE MEISSNER, <br> CHRISTOPHER L. PHILLIPPE, <br> ILA VIRGINIA PHILLIPPE, <br> MONICA K. PIER, <br> CHARLES & JESSIE RADLIFF, <br> PETE de la ROSA, III, <br> PATRICIA SMITH-WILLIS, <br> HARRY O. WHITE, Jr. <br> and ALLEN & RUTH WOLFE <br><br> VS. <br><br> KEN PLASTERER and <br> NANCY JEANETTE BAILEY, <br> Each Individually, and <br> LOS CAMPEONES, INC., <br> Individually and dba VALLEY <br> INN & COUNTRY CLUB | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § CAUSE NO. . B-00-173 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF NOTICE OF APPEAL AND TO DISMISS

On _____, 2002, the Court considered the Appellants Motion to Withdraw Notice of Appeal and to Dismiss.

The Court finds that:

Good cause exists for the withdrawal of the Notice of Appeal and to Dismiss.

**IT IS THEREFORE ORDERED** the Appellants Notice of Appeal is Withdrawn and this cause of action is dismissed for all purposes.

SIGNED on _____, 2002.

_____
JUDGE PRESIDING