*49*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUN 2 4 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROBERT & GWENDOLYN BROOKS,        §
ALICE CESPEDES MADRAZO,           §
DAVID & JUDITH CLEMENCE,          §
ELISA P. De SIUN aka ELISA P. CHAIX, §
SANDRA MADARIA,                   §
RONALD L. MANN,                   §
HECTOR ELIZONDONAJERA             §
MARY PEABODY,                     §
WALTER E. PLITT, III,             §
ADOLFO PUMAJERO,                  §
JEAN & H. REED SMITH,             §
MARIA ESTHER SOTO,                §
JORGE & BERTHA SUSTAETA,          §
JUAN & MARIA del CARMEN CAUDRA,   §
PAUL & ROSALYN CHILTON,           §        CAUSE NO. . B-00-173
JAMES & LORRAINE DEWAR,           §
CARLOS J. FLORES,                 §
HUMBERTO RUIZ GARZA,              §
ANKJAER JANSEN,                   §
FOREST & ANN JOSTROM,             §
JOHN S. LIGHT,                    §
ROBERT LIGHT,                     §
JOAQUIN & ANDELIA B. de MADERO,   §
NORMAN & ELAINE MEISSNER,         §
CHRISTOPHER L. PHILLIPPE,         §
ILA VIRGINIA PHILLIPPE,           §
MONICA K. PIER,                   §
CHARLES & JESSIE RADLIFF,         §
PETE de la ROSA, III,             §
PATRICIA SMITH-WILLIS,            §
HARRY O. WHITE, Jr.               §
and ALLEN & RUTH WOLFE            §
                                  §
VS.                               §
                                  §
KEN PLASTERER and                 §
NANCY JEANETTE BAILEY,            §
Each Individually, and            §
LOS CAMPEONES, INC.,              §
Individually and dba VALLEY       §
INN & COUNTRY CLUB                §

## ORDER GRANTING MOTION FOR WITHDRAWAL OF NOTICE OF APPEAL AND TO DISMISS

On _24 June_, 2002, the Court considered the Appellants Motion to Withdraw Notice of Appeal and to Dismiss.

The Court finds that:

Good cause exists for the withdrawal of the Notice of Appeal and to Dismiss.

**IT IS THEREFORE ORDERED** the Appellants Notice of Appeal is Withdrawn and this cause of action is dismissed for all purposes.

SIGNED on _24 June_, 2002.

_____
JUDGE PRESIDING