50

```
       ----------------
          No. 02-40088
       ----------------
```

ROBERT G BROOKS, JR; GWENDOLYN BROOKS; ALICE CESPEDES
MADRAZO; DAVID CLEMENCE; JUDITH CLEMENCE; ELISA P DE SIUN,
also known as Elisa P Chaix; SANDRA MADARIA; RONALD L MANN;
HECTOR ELIZONDO NAJERA; MARY PEABODY; WALTER E PLITT, III;
ADOLFO PUMAJERO; JEAN SMITH; H REED SMITH; MARIA ESTHER
SOTO; JORGE SUSTAETA; BERTHA SUSTAETA; JUAN CUADRA; MARIA
DEL CARMEN CUADRA; PAUL CHILTON; ROSALYN CHILTON; JAMES
DEWAR; LORRAINE DEWAR; CARLOS J FLORES; HUMBERTO RUIZ GARZA;
ANKJAER JANSEN; FOREST JOSTROM; ANN JOSTROM; JOHN S LIGHT;
ROBERT LIGHT; JOAQUIN MADERO; ANDELIA B DE MADERO; NORMAN
MEISSNER; ELAINE MEISSNER; CHRISTOPHER L PHILLIPPE; ILA
VIRGINIA PHILLIPPE; MONICA K PIER; CHARLES RADLIFF; JESSIE
RADLIFF; PETE DE LA ROSA, III; PATRICIA SMITH-WILLIS; HARRY
WHITE, JR; ALLEN WOLFE; RUTH WOLFE

                  Plaintiffs - Appellants

United States District Court
Southern District of Texas
FILED

JUL 01 2002

Michael N. Milby
Clerk of Court

v.

KEN PLASTERER; NANCY JEANETTE BAILEY, Individually; LOS
CAMPEONES INC, Individually and d/b/a Valley Inn & Country
Club

                  Defendants - Appellees

CA B-00-173

### ENTRY OF DISMISSAL

Pursuant to appellants' motion this appeal is dismissed this 25th day of June, 2002, see FED. R. APP. P. 42(b).


                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                  By: _____
                      Trashell McCoy, Deputy Clerk

                  FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By_____
                  Deputy
New Orleans, Louisiana    JUN 25 2002

# UNITED STATES COURT OF APPEALS
# FOR THE 5TH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
JUN 20 2002
CHARLES R. FULBRUGE III
CLERK

ROBERT & GWENDOLYN BROOKS,
ALICE CESPEDES MADRAZO,
DAVID & JUDITH CLEMENCE,
ELISA P. De SIUN aka ELISA P. CHAIX,
SANDRA MADARIA,
RONALD L. MANN,
HECTOR ELIZONDONAJERA
MARY PEABODY,
WALTER E. PLITT, III,
ADOLFO PUMAJERO,
JEAN & H. REED SMITH,
MARIA ESTHER SOTO,
JORGE & BERTHA SUSTAETA,
JUAN & MARIA del CARMEN CAUDRA,
PAUL & ROSALYN CHILTON,
JAMES & LORRAINE DEWAR,
CARLOS J. FLORES,
HUMBERTO RUIZ GARZA,
ANKJAER JANSEN,
FOREST & ANN JOSTROM,
JOHN S. LIGHT,
ROBERT LIGHT,
JOAQUIN & ANDELIA B. de MADERO,
NORMAN & ELAINE MEISSNER,
CHRISTOPHER L. PHILLIPPE,
ILA VIRGINIA PHILLIPPE,
MONICA K. PIER,
CHARLES & JESSIE RADLIFF,
PETE de la ROSA, III,
PATRICIA SMITH-WILLIS,
HARRY O. WHITE, Jr.
and ALLEN & RUTH WOLFE

VS.

KEN PLASTERER and
NANCY JEANETTE BAILEY,
Each Individually, and
LOS CAMPEONES, INC.,
Individually and dba VALLEY
INN & COUNTRY CLUB

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

NO. 02-40088

CAUSE NO. B-00-173

## MOTION TO WITHDRAW NOTICE OF APPEAL
## AND TO DISMISS

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

**NOW COME** Appellants, **ROBERT & GWENDOLYN BROOKS, ALICE CESPEDES MADRAZO, DAVID & JUDITH CLEMENCE, ELISA P. De SIUN aka ELISA P. CHAIX, SANDRA MADARIA, RONALD L. MANN, HECTOR ELIZONDONAJERA, MARY PEABODY, WALTER E. PLITT, III, ADOLFO PUMAJERO, JEAN & H. REED SMITH, MARIA ESTHER SOTO, JORGE & BERTHA SUSTAETA, JUAN & MARIA del CARMEN CAUDRA, PAUL & ROSALYN CHILTON, JAMES & LORRAINE DEWAR, CARLOS J. FLORES, HUMBERTO RUIZ GARZA, ANKJAER JANSEN, FOREST & ANN JOSTROM, JOHN S. LIGHT, ROBERT LIGHT, JOAQUIN & ANDELIA B. de MADERO, NORMAN & ELAINE MEISSNER, CHRISTOPHER L. PHILLIPPE, ILA VIRGINIA PHILLIPPE, MONICA K. PIER, CHARLES & JESSIE RADLIFF, PETE de la ROSA, III, PATRICIA SMITH-WILLIS, HARRY O. WHITE, Jr. and ALLEN & RUTH WOLFE;** and bring this Motion to Withdrawal Notice of Appeal and to Dismiss, and in support thereof, show the Court the following:

I.

Appellants no longer wish to pursue further litigation in this matter, and have instructed counsel to file this withdrawal and to dismiss.

### Request for Relief

The Court of Appeals may Withdraw Appellants Notice of Appeal and to Dismiss.

RESPECTFULLY SUBMITTED,

Christopher Lee Phillippe
Attorney at Law
307-3 McFadden Drive
Brownsville, Texas 78520
Phone: (956) 544-6096
Facsimile: (956) 982-1921

_____
Christopher Phillippe

Fed. Bar #709

Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw Notice of Appeal and to Dismiss has been served upon Mr. Norton A. Colvin, Jr., of Rodriguez, Colvin & Chaney, L.L.P., 1201 East Van Buren, P.O. Box 2155, Brownsville, Texas 78522; facsimile: (956) 541-2170; Mr. Ernesto Gamez, Jr., of the Law Offices of Ernest Gamez, Jr. P.C., 777 E. Harrison, Brownsville, Texas 78520-7118; facsimile: (956) 541-7694; and Mr. William A. Faulk, Jr. of Renfro, Faulk & Blakemore, L.L.P., 185 E. Ruben M. Torres, Sr. Blvd., Brownsville, Texas 78520-9135; facsimile: (956) 541-9695, either by facsimile, hand delivery, or certified mail, return receipt requested on this 19th day of June, 2002.

_____
Christopher Lee Phillippe

UNITED STATES COURT OF APPEALS
FOR THE 5TH CIRCUIT

| | |
|---|---|
| ROBERT & GWENDOLYN BROOKS,<br>ALICE CESPEDES MADRAZO,<br>DAVID & JUDITH CLEMENCE,<br>ELISA P. De SIUN aka ELISA P. CHAIX,<br>SANDRA MADARIA,<br>RONALD L. MANN,<br>HECTOR ELIZONDONAJERA<br>MARY PEABODY,<br>WALTER E. PLITT, III,<br>ADOLFO PUMAJERO,<br>JEAN & H. REED SMITH,<br>MARIA ESTHER SOTO,<br>JORGE & BERTHA SUSTAETA,<br>JUAN & MARIA del CARMEN CAUDRA,<br>PAUL & ROSALYN CHILTON,<br>JAMES & LORRAINE DEWAR,<br>CARLOS J. FLORES,<br>HUMBERTO RUIZ GARZA,<br>ANKJAER JANSEN,<br>FOREST & ANN JOSTROM,<br>JOHN S. LIGHT,<br>ROBERT LIGHT,<br>JOAQUIN & ANDELIA B. de MADERO,<br>NORMAN & ELAINE MEISSNER,<br>CHRISTOPHER L. PHILLIPPE,<br>ILA VIRGINIA PHILLIPPE,<br>MONICA K. PIER,<br>CHARLES & JESSIE RADLIFF,<br>PETE de la ROSA, III,<br>PATRICIA SMITH-WILLIS,<br>HARRY O. WHITE, Jr.<br>and ALLEN & RUTH WOLFE<br><br>VS.<br><br>KEN PLASTERER and<br>NANCY JEANETTE BAILEY,<br>Each Individually, and<br>LOS CAMPEONES, INC.,<br>Individually and dba VALLEY<br>INN & COUNTRY CLUB | NO. 02-40088<br><br>CAUSE NO. B-00-173 |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF NOTICE OF APPEAL AND TO DISMISS

On _____, 2002, the Court considered the Appellants Motion to Withdraw Notice of Appeal and to Dismiss.

The Court finds that:

Good cause exists for the withdrawal of the Notice of Appeal and to Dismiss.

**IT IS THEREFORE ORDERED** the Appellants Notice of Appeal is Withdrawn and this cause of action is dismissed for all purposes.

SIGNED on _____, 2002.

_____
JUDGE PRESIDING

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

MAIL

United States District Court
Southern District of Texas
RECEIVED

JUL 0 1 2002

11:43 am WA

Michael N. Milby, Clerk

June 25, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 02-40088  Brooks v. Plasterer
USDC No. B-00-CV-173

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Trashell McCoy*
Trashell McCoy, Deputy Clerk
504-310-7667

cc: w/encl:
   Mr Christopher L Phillippe
   Mr William Abney Faulk
   Mr Ernesto R Gamez Jr
   Mr Norton A Colvin Jr
   Mr Neil Ernest Norquest

P.S. to Mr. Phillippe:  Please return the four volume record on
                        appeal to this office as soon as possible.
MDT-1